# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

06 - 17

TO: Jay Ringgold   SBI#: 324847

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: December 6, 2005

FILED
JAN - 9 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Attached are copies of your inmate account statement for the months of June 1, 2005 to November 30, 2005.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| June | 43.04 |
| July | 8.80 |
| Aug | 14.52 |
| Sept | 12.31 |
| Oct | 30.71 |
| Nov | 64.44 |

Average daily balances/6 months: 28.79

Attachments
CC: File

Stacy Shane
12/6/05

Notary public
12/8/05

# Individual Statement

Date Printed: 12/5/2005

Page 1 of 1

## For Month of June 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: |
|---|---|---|---|---|---|
| 00324847 | RINGGOLD | JAY | | | $0.31 |

Current Location: W1

Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Visit | 6/1/2005 | $100.00 | $0.00 | $0.00 | $100.31 | 113529 | 2025365185I-10755 | | IDA RINGGOLD |
| Canteen | 6/1/2005 | ($0.30) | $0.00 | $0.00 | $100.01 | 114570 | | | |
| Canteen | 6/7/2005 | $0.30 | $0.00 | $0.00 | $100.31 | 117168 | | REFUND | |
| Canteen | 6/8/2005 | ($61.21) | $0.00 | $0.00 | $39.10 | 117309 | | | |
| Canteen | 6/15/2005 | ($19.80) | $0.00 | $0.00 | $19.30 | 120589 | | | |
| Mail | 6/20/2005 | $20.00 | $0.00 | $0.00 | $39.30 | 121975 | 253658664 | | I RINGGOLD |
| Canteen | 6/22/2005 | ($19.09) | $0.00 | $0.00 | $20.21 | 123236 | | | |
| Canteen | 6/29/2005 | ($20.00) | $0.00 | $0.00 | $0.21 | 125359 | | | |

Ending Mth Balance: $0.21

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

## For Month of July 2005

Date Printed: 12/5/2005                                                                                         Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: |
|---|---|---|---|---|---|
| 00324847 | RINGGOLD | JAY | | | $0.21 |

Current Location: W1        Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 7/5/2005 | $2.48 | $0.00 | $0.00 | $2.69 | 127775 | | | |
| Mail | 7/13/2005 | $25.00 | $0.00 | $0.00 | $27.69 | 131344 | 25350541 | REFUND | I RINGGOLD |
| Pay-To | 7/15/2005 | ($6.00) | $0.00 | $0.00 | $21.69 | 132317 | | MASJID MUHAMMAD | |
| Canteen | 7/20/2005 | ($20.72) | $0.00 | $0.00 | $0.97 | 133795 | | | |
| Mail | 7/29/2005 | $25.00 | $0.00 | $0.00 | $25.97 | 137606 | 253669707 | | I RINGGOLD |

Ending Mth Balance: $25.97

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

### For Month of August 2005

Date Printed: 12/5/2005                              Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: |
|---|---|---|---|---|---|
| 00324847 | RINGGOLD | JAY | | | $25.97 |

Current Location: W1    Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 8/3/2005 | ($25.74) | $0.00 | $0.00 | $0.23 | 140093 | | | |
| Canteen | 8/5/2005 | $2.56 | $0.00 | $0.00 | $2.79 | 141040 | | | |
| Mail | 8/9/2005 | $25.00 | $0.00 | $0.00 | $27.79 | 142535 | 0253514322 | REFUND | IDA RINGGOLD |
| Canteen | 8/17/2005 | ($26.87) | $0.00 | $0.00 | $0.92 | 145842 | | | |
| Visit | 8/22/2005 | $30.00 | $0.00 | $0.00 | $30.92 | 147491 | 253521018-20957 | | J RINGROLD |
| Canteen | 8/24/2005 | ($17.00) | $0.00 | $0.00 | $13.92 | 148505 | | | |
| Canteen | 8/31/2005 | ($13.63) | $0.00 | $0.00 | $0.29 | 151189 | | | |

Ending Mth Balance: $0.29

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

## For Month of September 2005

Date Printed: 12/5/2005                                               Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.29 |
|---|---|---|---|---|---|---|
| 00324847 | RINGGOLD | JAY | | | | |
| Current Location: | W1 | | | Comments: | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Mail | 9/13/2005 | $40.00 | $0.00 | $0.00 | $40.29 | 157225 | | | I RINGGOLD |
| Pay-To | 9/16/2005 | ($6.00) | $0.00 | $0.00 | $34.29 | 158908 | 25352596 | MASJID MUHAMMAD | |
| Canteen | 9/21/2005 | ($32.42) | $0.00 | $0.00 | $1.87 | 160383 | | | |
| Canteen | 9/28/2005 | ($1.75) | $0.00 | $0.00 | $0.12 | 162760 | | | |
| Mail | 9/28/2005 | $20.00 | $0.00 | $0.00 | $20.12 | 163204 | 25837006 | | I RINGGOLD |

Ending Mth Balance:   $20.12

Total Amount Currently on Medical Hold:   $0.00

Total Amount Currently on Non-Medical Hold:   $0.00

# Individual Statement

## For Month of October 2005

Date Printed: 12/5/2005                                                                                     Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: |
|---|---|---|---|---|---|
| 00324847 | RINGGOLD | JAY | | | $20.12 |

Current Location: W1    Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 10/5/2005 | ($18.48) | $0.00 | $0.00 | $1.64 | 166246 | | | |
| Mail | 10/5/2005 | $30.00 | $0.00 | $0.00 | $31.64 | 166523 | 25837287 | | I RINGGOLD |
| Canteen | 10/12/2005 | ($22.07) | $0.00 | $0.00 | $9.57 | 169984 | | | |
| Mail | 10/18/2005 | $30.00 | $0.00 | $0.00 | $39.57 | 172703 | 0258383142 | | I. RINGGOLD |
| Canteen | 10/20/2005 | ($9.80) | $0.00 | $0.00 | $29.77 | 173899 | | | |
| Mail | 10/26/2005 | $50.00 | $0.00 | $0.00 | $79.77 | 175906 | 0258386040 | | I. RINGGOLD |
| Canteen | 10/27/2005 | ($28.77) | $0.00 | $0.00 | $51.00 | 176407 | | | |

Ending Mth Balance: $51.00

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

## For Month of November 2005

Date Printed: 12/5/2005                                                                 Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $51.00 |
|---|---|---|---|---|---|---|
| 00324847 | RINGGOLD | JAY | | | | |
| Current Location: | W1 | | | Comments: | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Mail | 11/9/2005 | $60.00 | $0.00 | $0.00 | $111.00 | 181603 | 50830875 | | I. RINGGOLD |
| Canteen | 11/10/2005 | ($24.53) | $0.00 | $0.00 | $86.47 | 182465 | | | |
| Canteen | 11/17/2005 | ($16.33) | $0.00 | $0.00 | $70.14 | 185544 | | | |
| Pay-To | 11/21/2005 | ($6.00) | $0.00 | $0.00 | $64.14 | 186379 | | MASJID MUHAMMAD | |
| Canteen | 11/23/2005 | ($14.12) | $0.00 | $0.00 | $50.02 | 187752 | | | |

Ending Mth Balance:  $50.02

Total Amount Currently on Medical Hold:  $0.00
Total Amount Currently on Non-Medical Hold:  $0.00