

(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) Jay Ringgold    324847
    (Name of Plaintiff)    (Inmate Number)

Delaware Correctional Center
1181 Paddock Road
Smyrna DE 19977
    (Complete Address with zip code)

(2) _____
    (Name of Plaintiff)    (Inmate Number)

_____
    (Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) Wilmington Police Department

(2) Officer Thomas Curley

(3) Officer Nelida Vega
    (Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

06 - 17
    (Case Number)
( to be assigned by U.S. District Court)

## CIVIL COMPLAINT

• • Jury Trial Requested

FILED

JAN - 9 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I.    PREVIOUS LAWSUITS

A.    If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number
      including year, as well as the name of the judicial officer to whom it was assigned:

_____

_____

_____

_____

_____

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? ✓ Yes • • No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? ✓ Yes • • No

C. If your answer to "B" is Yes:

  1. What steps did you take? I requested medical, but was informed that I did not have a prescription for meds / treatment for injuries

  2. What was the result? All grievances filed, were returned stating that they couldn't file my request, or not returned at all.

D. If your answer to "B" is No, explain why not: _____

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: Wilmington Police Department
   Employed as _____ at _____
   Mailing address with zip code: Wilmington Police Department Public Services Building 4th & Walnut Street Wilmington DE 19801

(2) Name of second defendant: Thomas Curley
   Employed as Police Officer at Wilmington Police Department
   Mailing address with zip code: Wilmington Police Department Public Services Building 4th & Walnut Street Wilmington DE 19801

(3) Name of third defendant: Nelida Vega
   Employed as Police Officer at Wilmington Police Department
   Mailing address with zip code: Wilmington Police Department Public Services Building 4th & Walnut Street Wilmington DE 19801

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. (W.P.D.) While I was being transported to H.R.Y.C.I., insed of W.P.P.'s Van, handcuffed behind back, the officer driving, rear-ended a Navy blue Jeep Cherokee. I was taken imediatley to the Hospital upon Arrival of medical personel. 3-11-04 12th street Wilmington

2. Officer Thomas Curley rammed me during a Police chase on 30th street in Wilmington (while in my car, with his Police cruiser) 3-10-04 Approx. 7 PM

3. Officer Nelida Vega rammed my vehicle with his police cruiser, during a Police chase on the evening of 3-10-04 Approx. 7 PM

V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. An formal appology, and financial compensation for my injuries

3

2. Financial compensation for injuries sustained during accident

3. Financial compensation for injuries sustained during accident

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __11th__ day of __December__, 2_005_.

_Jay M. Ringgold Jr._
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4



IM Jay M. Ringgold Sr.
SBI# 324847 UNIT W-1 G17
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M.S. X-RAY

Clerk of Court
U.S. District Court
Lock Box 18
844 N. King Street
Wilmington, DE 19801