3-5-06

U.S. District Court
District of Delaware

Case Name: Ringgold v. Wilmington Police Department et al
Case Number: 1:06-cv-17
Judge Gregory M. Sleet

**FILED**
**MAR 08 2006**
**U.S. DISTRICT COURT**
**DISTRICT OF DELAWARE**
RG
scanner

To Whom it may Concern:

I am writing in regards to the documents that I recieved, and filed with D.C.C.'s accounting department. My deadline for D.C.C. to access my account was from 2-6 until 3-7-06.

I file the motion for the accounting dept. to send $15.17 from my account to your court, for initial payment. I have the money in my account, but D.C.C. has not seemed to forward my funds to your offices.

I am not trying to be held accountable for this prison's mistake of not transfereing my funds in time. I understand that I only have two years to file a suit, and that deadline is 3-11-06. If I could have an extenstion, or if you could inform the prison to expedite the transfer of funds, I will surely appreciate it.

Thanks in advance

Respectfully Submitted
Jay M. Ringgold Sr.

Jay M. Ringgold Sr. #324847

Troy Ringgold Sr.
324847
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Office of the Clerk
United States District Court
844 N. King Street, Lock Box 18
Wilmington, Delaware 19801-3570



