IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAY M. RINGGOLD, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-17-GMS |
| | ) | |
| WILMINGTON POLICE DEPARTMENT, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

WHEREAS, plaintiff Jay M. Ringgold, Sr. ("Ringgold") filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on February 7, 2006, this court entered an order granting Ringgold leave to proceed *in forma pauperis* and requiring Ringgold to complete and return an authorization form within 30 days from the date the order was sent or the case would be dismissed (D.I. 3);

WHEREAS, to date the authorization form has not been submitted by Ringgold;

WHEREAS, on March 8, 2006, the court received a letter from Ringgold indicating that he had filed a motion with the Delaware Correctional Center's accounting department to release funds for payment of the filing fee, and asking the court for an extension of time to make his initial partial filing fee (D.I. 4);

WHEREAS, on March 16, 2006, the Court received the initial partial filing fee of $15.17;

THEREFORE, at Wilmington this 7th day of April, 2006, IT IS HEREBY ORDERED that Ringgold's motion for extension of time is GRANTED. A second authorization form is provided to Ringgold to complete and return to the court. The authorization shall be

returned within thirty days from the date of this order. Ringgold is warned that failure to return the authorization form in a timely manner shall result in the dismissal of this action without prejudice.

_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAY M. RINGGOLD, SR. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-017-GMS |
| ) | |
| WILMINGTON POLICE DEPARTMENT, ) | |
| OFFICER THOMAS CURLEY, ) | |
| OFFICER NELINDA VEGA, ) | |
| ) | |
| Defendants. ) | |

**AUTHORIZATION**

I, Jay M. Ringgold, Sr., SBI #324847 request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $15.17 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated *February 7*, 2006.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $250.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: _____, 2006.

_____
Signature of Plaintiff