IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JAY M. RINGGOLD, SR.           )
                               )
        Plaintiff,             )
                               )
    v.                         ) Civil Action No. 06-017-GMS
                               )
WILMINGTON POLICE DEPARTMENT,  )
OFFICER THOMAS CURLEY,         )
OFFICER NELINDA VEGA,          )
                               )
        Defendants.            )



AUTHORIZATION

I, Jay M. Ringgold, Sr., SBI #324847 request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $15.17 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated February 7, 2006.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $250.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: April 12th, 2006, 2006.

_____
Signature of Plaintiff

WILMINGTON DE 197
13 APR 2006 PM 1 T

IM Jay M. Ringgold Sr.
SBI# 329847 UNIT W-1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk
United States District Court
844 N. King Street Lockbox 18
Wilmington, Delaware
19801-3570