IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAY RINGGOLD, : | |
| : | |
| Plaintiff, : | |
| : | C.A. No. 06-17 GMS |
| v. : | TRIAL BY JURY DEMANDED |
| : | |
| OFFICER THOMAS CURLEY : | |
| OFFICER NELIDA VEGA : | |
| : | |
| Defendants. : | |

## CERTIFICATE OF SERVICE

I, Rosamaria Tassone, Esquire, hereby certify that on this 11th day of September, 2006, I electronically filed Defendant Officer Thomas Curley's Answer to the Complaint with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and that these documents are available for viewing and downloading from CM/ECF. A copy of this document was also served by U.S. Mail, postage pre-paid to the following individual:

Jay Ringgold
(SBI #324847)
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

  /s/ Rosamaria Tassone
Rosamaria Tassone, Esquire (I.D. #3546)
First Assistant City Solicitor
City of Wilmington Law Department
Louis L. Redding City/County Building
800 N. French Street, 9th Floor
Wilmington, DE 19801
Attorney for Defendant Officer Thomas Curley