## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAY RINGGOLD, | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. No. 06-17 GMS |
| v. | : | TRIAL BY JURY DEMANDED |
| | : | |
| OFFICER THOMAS CURLEY | : | |
| OFFICER NELIDA VEGA | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

AND NOW, to wit, this _____ day of _____ 2007, the Court having considered Defendant Officers Thomas Curley and Nelida Vega's Motion to Amend the Rule 16 Scheduling Order to Extend the Discovery and Case Dispositive Motions Deadlines, and any opposition thereto,

IT IS HEREBY ORDERED that Defendant Officers Thomas Curley and Nelida Vega's Motion to Amend the Rule 16 Scheduling Order to Extend the Discovery and Case Dispositive Motions Deadlines is hereby GRANTED. The new deadlines are as follows:

Discovery deadline is September 21, 2007

Case dispositive motions deadline is October 15, 2007

_____
J.