IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAY RINGGOLD, | : |
| | : |
| Plaintiff, | : |
| | : C.A. No. 06-17 GMS |
| v. | : TRIAL BY JURY DEMANDED |
| | : |
| OFFICER THOMAS CURLEY | : |
| OFFICER NELIDA VEGA | : |
| | : |
| Defendants. | : |

### CERTIFICATE OF SERVICE

I, Rosamaria Tassone, Esquire, hereby certify that on this 18th day of June, 2007, I electronically filed Defendant Defendant Officers Thomas Curley and Nelida Vega's Motion to Amend the Rule 16 Scheduling Order to Extend the Discovery and Case Dispositive Motions Deadlines with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and that these documents are available for viewing and downloading from CM/ECF. A copy of this document was also served by U.S. Mail, postage pre-paid to the following individual:

Jay Ringgold
(SBI #324847)
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

   /s/ Rosamaria Tassone
Rosamaria Tassone, Esquire (I.D. #3546)
First Assistant City Solicitor
City of Wilmington Law Department
Louis L. Redding City/County Building
800 N. French Street, 9th Floor
Wilmington, DE 19801
Attorney for Defendants