IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JAY RINGGOLD,
    Pro Se Plaintiff

v.

OFFICER THOMAS CURLEY,
OFFICER NELIDA VEGA, Et Al.
    Defendants

Civil Action No. 06-17 GMS

## Discovery
### Production of Documents


FILED
JUN 19 2007
RG scan
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I. Plaintiff request all documents and tangible information, pertaining to initial police pursuit.
    A. All radio transmission transcripts
    B. All statements, involving officers, plaintiff, victims, witnesses, and/or any other staff or personel, including and not excluding, all medical personel and staff involved.

II. Plaintiff request all documents and tangible information, pertaining to damage reports of Officers vehicle's at time of related incident, on or about the Day of March 10th 2004.
    A. Medical records of injuries sustained by officers involved.
    B. Estimates from body shop, pertaining to damages and debts incurred to officers vehicle.

    C. All documents, involving towing, Tickets, any and/or all information of debts incurred on/or to plaintiffs vehicle, on or about the Day of March 10th 2004, and after release of vehicle.

III. Plaintiff request all medical records and bills.

    A. Records and bills from Wilmington Hospital, from the night of March 10th 2004, pertaining to plaintiff

    B. Records and bills from St. Francis Hospital, on or about the Day of March 11th 2004.

    C. Any/and/or all tangible documents pertaining to injuries or damages sustained to plaintiff on the days of, March 10th and 11th 2004.

    D. All radio transmission transcripts from said incidents on March 10th and 11th, from medical personel, and from police personel, Before, During, and After transport, to and from St. Francis Hospital, and to and from Wilmington Hospital.

IV. Plaintiff request copy of any or all Federal Rulings or guidelines, related to <u>Answers to Complaint</u> Filings.

A. <u>Nelida Vegas Answ to Complaint</u>, Wherein Statute 10 <u>Del.C.</u> §4013 et seq. were stated.

This Day of June 16th 2007

*Jay M. Ringgold Sr.*
Pro Se Plaintiff

Jay Ringgold Sr.
324847 W-Bldg.
Delaware Correctional Cntr.
1181 Paddock Road
Smyrna DE 19977



I/M Jay Ringgold Sr.
SBI# 324847  UNIT W
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
18 JUN 2007 PM 2 L

Office of the Clerk
United States District Court
844 N. King Street, LockBox 18
Wilmington, Delaware 19801-3570