OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo  
CLERK OF COURT

LOCKBOX 18  
844 KING STREET  
U.S. COURTHOUSE  
WILMINGTON, DELAWARE 19801  
(302) 573-6170

June 19, 2007

TO: Jay M. Ringgold, Sr.
    SBI #324847
    Delaware Correctional Center
    1181 Paddock Road
    Smyrna, DE 19977

   RE:  Request for Production of Documents
        Civ. No. 06-017 GMS

Dear Mr. Ringgold:

   The Request for Production of Documents that you presented to the court for filing on 6/19/07 in the above noted case does not conform to District of Delaware Local Rule of Civil Practice and Procedure 5.2.(b). Any documents you present for filing must be served by you, upon **all** local counsel of record. Furthermore, this must be indicated on an affidavit or certificate of service.

   Please resubmit your filing in accordance with the Federal Rules of Civil Procedure by sending a corrected certificate of service or affidavit which reflects service upon **all** parties of record.

                                        Sincerely,

/rpg                                    PETER T. DALLEO
                                        CLERK

cc: The Honorable Gregory M. Sleet