**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAY RINGGOLD<br>Pro Se Plaintiff<br><br>v.<br><br>OFFICER THOMAS CURLEY,<br>OFFICER NELIDA VEGA, et al.<br>Defendants | Civil Action No. 06-17 GMS |



## DISCOVERY
## PRODUCTION OF DOCUMENTS

I. Plaintiff request all documents and tangible information, pertaining to initial police pursuit

  A. All radio transmission transcripts

  B. All statements, involving officers, plaintiff, victims, witnesses, and/or any other staff or personnel, including and not excluding, all medical personnel, and staff involved

II. Plaintiff request all documents and tangible information, pertaining to damage reports of officers vehicle at time of related incident, on or about the Day of March 10th 2004.

  A. Medical records of injuries sustained by officers

  B. Estimates from body shop, pertaining to damages and

debts incurred to officers vehicle.

C. All documents including towing, tickets, and/or all information of debts incurred on/or to plaintiffs vehicle, on/or about the day of March 10th 2004, and after release of vehicle.

III. Plaintiff request all medical records and bills

A. Records and bills from Wilmington Hospital, from the night of March 10th 2004, pertaining to plaintiff.

B. Records and bills from St. Francis Hospital, on/or about the Day of March 11th 2004.

C. Any and/or all tangible documents pertaining to injuries or damages sustained to plaintiff on the Days of March 10th and March 11th 2004.

D. All radio transmission transcripts from said incidents on March 10th and 11th 2004, from medical personnel, and from police personnel, before, during, and after transport, to, and from Wilmington Hospital

IV. Plaintiff request copy of any/or all Federal Rulings or guidelines, related to defendants Answer to Complaint Filings

A. Nelida Vegas, Answer to <u>complaint</u>, Wherein, Statute 16 <u>Del.C. § 4013 et seq.</u> were stated.

*Jay M. Ringgold Sr.*

Jay Ringgold Sr.
324847 W-Bldg.
Delaware Correctional Cntr.
1181 Paddock Road
Smyrna DE 19977

Subscribed before me this 19th day June 2007

*Timothy J. Manto*
Notary Public

commission expires: June 14, 2008

## Certificate of Service

I, Jay M. Ringgold Sr., hereby certify that I have served a true And correct cop(ies) of the attached: Cert Motion for Discovery/Production of Documents upon the following parties/person (s):

TO: U.S. District Clerk of Court

TO: Rosamaria Tassone, Esq. (ID #3546) First Asst. City Solicitor City of Wilm. Law Department Louis L. Redding City/County Bldg. 800 N. French St. 9th Floor Wilm. DE 19801 Attorney for Defendants Officer Thomas Curley & Nelida Vega

TO:

TO:

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this 29th day of July, 2007

Jay M. Ringgold Sr.

I/M Jay M. Ringgold Sr.
SBI# 324847  UNIT W
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
30 JUL 2007 PM 3 T

Clerk of Court / U.S. District Court
Lock Box 18
844 King Street U.S. Courthouse
Wilmington DE 19801