IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAY RINGGOLD, : | |
| : | |
| Plaintiff, : | |
| : | C.A. No. 06-17 GMS |
| v. : | TRIAL BY JURY DEMANDED |
| : | |
| OFFICER THOMAS CURLEY and : | |
| OFFICER NELIDA VEGA, : | |
| : | |
| Defendants. : | |

**DEFENDANTS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS
DIRECTED TO PLAINTIFF**

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, the Defendants hereby requests the Plaintiff to produce the following within 30 days of receipt herein. As used herein, documents and things shall include all types of recorded information including but not limited to writings, drawings, graphs, charts, photographs, phonorecords, tapes, computer printouts, and other data compilations from which information can be obtained and translated, if necessary, into a reasonably useable form.

1. Copies of any and all documents used in preparing your responses to Defendants' First Set of Interrogatories Directed to Plaintiff, and any documents identified and/or referenced in your responses to Defendants' First Set of Interrogatories Directed to Plaintiff.

RESPONSE:

          /s/ Rosamaria Tassone
Rosamaria Tassone, Esquire (I.D. #3546)
Assistant City Solicitor
City of Wilmington Law Department
Louis L. Redding City/County Building
800 N. French Street, 9th Floor
Wilmington, DE 19801
Attorney for Defendants

Dated: August 17, 2007