## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAY RINGGOLD, : | |
| : | |
| Plaintiff, : | |
| : | C.A. No. 06-17 GMS |
| v. : | TRIAL BY JURY DEMANDED |
| : | |
| OFFICER THOMAS CURLEY and : | |
| OFFICER NELIDA VEGA, : | |
| : | |
| Defendants. : | |

## **CERTIFICATE OF SERVICE**

I, Rosamaria Tassone, Esq., hereby certify that on this 17th day of August, 2007 two copies of the Defendants' First Set of Interrogatories Directed to Plaintiff and Defendants' First Request for Production Directed to Plaintiff were served by U.S. Mail, postage pre-paid to the following individuals:

Jay Ringgold
(SBI #324847)
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

 /s/ Rosamaria Tassone
Rosamaria Tassone, Esquire (I.D. #3546)
First Assistant City Solicitor
City of Wilmington Law Department
Louis L. Redding City/County Building
800 N. French Street, 9th Floor
Wilmington, DE 19801