IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAY RINGGOLD, : | |
| : | |
| Plaintiff, : | |
| : | C.A. No. 06-17 GMS |
| v. : | TRIAL BY JURY DEMANDED |
| : | |
| OFFICER THOMAS CURLEY and : | |
| OFFICER NELIDA VEGA, : | |
| : | |
| Defendants. : | |

**CERTIFICATE OF SERVICE**

I, Rosamaria Tassone, Esq., hereby certify that on this 30th day of August, 2007 two copies of the Defendants' Response to Plaintiff's Request for Production were served by U.S. Mail, postage pre-paid to the following individuals:

    Jay Ringgold
    (SBI #324847)
    Delaware Correctional Center
    1181 Paddock Road
    Smyrna, DE 19977

    /s/ Rosamaria Tassone
    Rosamaria Tassone, Esquire (I.D. #3546)
    First Assistant City Solicitor
    City of Wilmington Law Department
    Louis L. Redding City/County Building
    800 N. French Street, 9th Floor
    Wilmington, DE 19801