**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| JAY RINGGOLD, | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. No. 06-17 GMS |
| v. | : | TRIAL BY JURY DEMANDED |
| | : | |
| OFFICER THOMAS CURLEY and | : | |
| OFFICER NELIDA VEGA, | : | |
| | : | |
| Defendants. | : | |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

For the reasons stated in the accompanying Opening Brief in Support of Defendants' Motion for Summary Judgment, and there being no disputed issues of any material facts, Defendants hereby move this Honorable Court to issue an Order granting summary judgment based on the following grounds:

1.  Plaintiff cannot establish a violation of the Fourth Amendment because the record does not demonstrate that Plaintiff was "seized" by Defendants. As such, Plaintiff cannot claim the protections afforded to individuals under the Fourth Amendment. Given that Plaintiff cannot establish a constitutional violation, he cannot maintain a cause of action under 42 U.S.C. §1983, and Defendants are entitled to judgment as a matter of law.

2.  However, even if the Court assumes for purposes of summary judgment that Defendants struck Plaintiff's vehicle during the police pursuit in an attempt to stop his flight, the amount of force used by the Defendants was reasonable in light of the totality of the circumstances. As such, Defendants are entitled to qualified immunity. Further, Plaintiff cannot maintain a §1983 action against Defendant Vega because the record evidence demonstrates that she was not driving the

vehicle that Plaintiff alleges rammed him.

WHEREFORE, Defendants respectfully request that the Court enter an Order granting summary judgment and dismissing the Plaintiff's Complaint.

                         /s/ Rosamaria Tassone
                         Rosamaria Tassone (I.D. #3546)
                         City of Wilmington Law Department
                         Louis L. Redding City/County Building
                         800 French Street, 9th Floor
                         Wilmington, Delaware 19801-3537
                         (302) 576-2175

DATE:   October 15, 2007