**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| JAY RINGGOLD, | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. No. 06-17 GMS |
| v. | : | TRIAL BY JURY DEMANDED |
| | : | |
| OFFICER THOMAS CURLEY and | : | |
| OFFICER NELIDA VEGA, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

_____This _____ day of _____, 2007, the Court having considered Defendants' Motion for Summary Judgment, and any opposition thereto,

It is HEREBY ORDERED that Defendants' Motion is hereby GRANTED and Plaintiff's Complaint is hereby dismissed.


_____        _____
_____                                                     **J.**