## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAY RINGGOLD, | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. No. 06-17 GMS |
| v. | : | TRIAL BY JURY DEMANDED |
| | : | |
| OFFICER THOMAS CURLEY and | : | |
| OFFICER NELIDA VEGA, | : | |
| | : | |
| Defendants. | : | |

### NOTICE OF SERVICE

I, Rosamaria Tassone, Esquire, hereby certify that on this 15th day of October, 2007, I electronically filed Defendants' Motion for Summary with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and that these documents are available for viewing and downloading from CM/ECF, I also sent via U.S. Mail one copy of said document to the following:

Jay Ringgold
(SBI #324847)
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

/s/ Rosamaria Tassone
Rosamaria Tassone (I.D. #3546)
City of Wilmington Law Department
Louis L. Redding City/County Building
800 French Street, 9th Floor
Wilmington, Delaware 19801-3537
(302) 576-2175