## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAY RINGGOLD, | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. No.  06-17 GMS |
| v. | : | TRIAL BY JURY DEMANDED |
| | : | |
| OFFICER THOMAS CURLEY and | : | |
| OFFICER NELIDA VEGA, | : | |
| | : | |
| Defendants. | : | |

### APPENDIX TO DEFENDANTS' OPENING BRIEF IN SUPPORT
### OF THEIR MOTION FOR SUMMARY JUDGMENT

Rosamaria Tassone (I.D. #3546)
City of Wilmington Law Department
Louis L. Redding City/County Building
800 French Street, 9th Floor
Wilmington, Delaware 19801-3537
(302) 576-2175

Dated:  October 15, 2007

## **TABLE OF CONTENTS**

Wilmington Police Department Initial Crime Reports dated March 10, 2004 . . . . . . . . . . . . A-1

Wilmington Police Department Photographs from March 10, 2004 . . . . . . . . . . . . . . . . . . A-21

Plaintiff's Answers to Defendants' Interrogatories . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A-30

Excerpts from Wilmington Hospital Records . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A-36

Excerpts from St. Francis Hospital Records . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A-41

Certified Copy of Superior Court Criminal Docket . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A-42

| Page: 1 | Report Date: 03/10/2004 | Agency: Wilmington PD | | Complaint: 3040-010486 |
|---|---|---|---|---|
| Reported Date and Time WED 03/10/2004 2213 | | Initial Crime Report | Occurred: WED 03/10/2004 1918 | |

**Location:**
899 MORROW ST   Wilmington, DE 19802

**M.O. and Incident Overview:**
THE DEFENDANT LED POLICE IN A MOTOR VEHICLE PURSUIT AND DISGARDED A CHROME PLATED HANDGUN FROM THE DRIVER SIDE WINDOW WHILE IN FLIGHT.

| Grid 160-100 | Sector 16 | County New Castle | Domestic Related ☐Yes ☒No | 4-F-14 Sent? ☐Yes ☒No | Gen Broadcast Sent? ☐Yes ☒No |
|---|---|---|---|---|---|

## Victim Information

| Victim Number 001 | Name | | | | | |
|---|---|---|---|---|---|---|
| Type Society/Public | Sex | Race | | Ethnic Origin | Age | D.O.B. |
| Address | | | Resident Status | Home Telephone (302) 571-4526 | Cell Phone | |
| Reporting Person? ☐Yes ☒No | Victim Injured? ☐Yes ☒No | Victim Deceased? ☐Yes ☒No | Officer Comments | | | |
| Injuries | | | Description of Injuries | | | |

| Victim Number 002 | Name WILMINGTON PD | | | | | |
|---|---|---|---|---|---|---|
| Type Government | Sex | Race | | Ethnic Origin | Age | D.O.B. |
| Address 400 N WALNUT ST Wilmington, DE 19802 | | | Resident Status | Business Telephone (302) 571-4526 | Cell Phone | |
| Reporting Person? ☐Yes ☒No | Victim Injured? ☐Yes ☒No | Victim Deceased? ☐Yes ☒No | Officer Comments | | | |
| Injuries | | | Description of Injuries | | | |

| Victim Number 003 | Name VEGA, NELIDA | | | | | |
|---|---|---|---|---|---|---|
| Type Law Enforcement Officer | Sex Female | Race White | | Ethnic Origin Hispanic | Age 28 | D.O.B. 09/17/1975 |
| Address 300 N WALNUT ST Wilmington, DE 198013704 | | | Resident Status Full Time | Home Telephone (302) 571-4526 | Cell Phone | |
| Reporting Person? ☐Yes ☒No | Victim Injured? ☐Yes ☒No | Victim Deceased? ☐Yes ☒No | Officer Comments | | | |
| Injuries | | | Description of Injuries | | | |

| Victim Number 004 | Name CURLEY, THOMAS | | | | | |
|---|---|---|---|---|---|---|
| Type Law Enforcement Officer | Sex Male | Race White | | Ethnic Origin Non-Hispanic | Age 30 | D.O.B. 05/19/1973 |
| Address 300 N WALNUT ST Wilmington, DE 198013704 | | | Resident Status Full Time | Home Telephone (302) 571-4526 | Cell Phone | |
| Reporting Person? ☐Yes ☒No | Victim Injured? ☐Yes ☒No | Victim Deceased? ☐Yes ☒No | Officer Comments | | | |
| Injuries | | | Description of Injuries | | | |

## Suspect/Defendant Information

| Sequence 001 | Type Suspect | SBI Number 00324847 | Name RINGGOLD, JAY M | | | | Nick Name | |
|---|---|---|---|---|---|---|---|---|
| Sex Male | Race Black | Ethnic Origin Non-Hispanic | Age 24 | D.O.B. 10/24/1979 | Height 5' 11" | Weight 160 | Skin Tone Dark | Eye Color Brown |
| Hair Color Black | Hair Length | Hair Style | Facial Hair | Voice Speech | Teeth | Build | Glasses | |
| Disguise | | Disguise Color(s) | | Resident Status Full Time | Unusual Characteristics | | Armed With Unarmed | |

| Address 2913 WASHINGTON ST ABSCONDER WILM PROBATION; WILMINGTON, DE 19802 | Home Telephone (302) 764-3730 | Cell Phone | |
|---|---|---|---|
| Arrest Number 0400883 | Suspect's Clothing Description | | |
| Employer/School UNEMPLOYED | Work Telephone | | A-1 |

## Crimes and Associated Information

000001

| Reporting Officer PTLM MOODY   - 7315 2 | Supervisor Approval STEVEN THOMAS OJWISMT Date 03/27/2004 1310 |
|---|---|

Case 1:04-cv-00017-GMS    Document 25-2    Filed 10/15/2007    Page 4 of 46

| Victim Number 001 | Crime Seq 001 | Statute DE:11:1257:0000:M:A | Crime Description **Resisting Arrest** | | | |
|---|---|---|---|---|---|---|

| Location Of Offense **Highway/Roadway/Alley/Street** | Status **Pending-Active** | Involvement ☐ Alcohol ☐ Drugs ☐ Computer | General Offense |
|---|---|---|---|

| Suspected Hate/Bias ☐ Yes ☒ No - N/A | Crime Code **4801 – Resisting Arrest** |
|---|---|

| Burglary Force Involved ☐ Yes ☐ No |
|---|

---

| Victim Number 001 | Crime Seq 002 | Statute DE:11:1448:00a1:F:F | Crime Description **Possession of a Deadly Weapon by a Person Prohibited Prior Violent Crime Felony** |
|---|---|---|---|

| Location Of Offense **Highway/Roadway/Alley/Street** | Status **Pending-Active** | Involvement ☐ Alcohol ☐ Drugs ☐ Computer | General Offense |
|---|---|---|---|

| Suspected Hate/Bias ☐ Yes ☒ No - N/A | Crime Code **5203 – Carrying Prohibited** |
|---|---|

| Burglary Force Involved ☐ Yes ☐ No | Criminal Activity **Possessing/Concealing** | Weapon/Force Used **Handgun** |
|---|---|---|

---

| Victim Number 001 | Crime Seq 003 | Statute DE:11:1448:00A1:F:D | Crime Description **Possession of a Firearm or Firearm Ammunition by a Person Prohibited Prior Violent Crime Felony** |
|---|---|---|---|

| Location Of Offense **Highway/Roadway/Alley/Street** | Status **Pending-Active** | Involvement ☐ Alcohol ☐ Drugs ☐ Computer | General Offense |
|---|---|---|---|

| Suspected Hate/Bias ☐ Yes ☒ No - N/A | Crime Code **5203 – Carrying Prohibited** |
|---|---|

| Burglary Force Involved ☐ Yes ☐ No | Criminal Activity **Possessing/Concealing** | Weapon/Force Used **Handgun** |
|---|---|---|

---

| Victim Number 001 | Crime Seq 004 | Statute DE:11:1269:001A:F:G | Crime Description **Tampering With Physical Evidence-Make Devise Alter Prepare False Physical Evid** |
|---|---|---|---|

| Location Of Offense **Highway/Roadway/Alley/Street** | Status **Pending-Active** | Involvement ☐ Alcohol ☐ Drugs ☐ Computer | General Offense |
|---|---|---|---|

| Suspected Hate/Bias ☐ Yes ☒ No - N/A | Crime Code **4804 – Destroying Evidence** |
|---|---|

| Burglary Force Involved ☐ Yes ☐ No |
|---|

---

| Victim Number 001 | Crime Seq 006 | Statute DE:21:2118:000A:M: | Crime Description **Failure to Have Required Insurance** |
|---|---|---|---|

| Location Of Offense **Highway/Roadway/Alley/Street** | Status **Pending-Active** | Involvement ☐ Alcohol ☐ Drugs ☐ Computer | General Offense |
|---|---|---|---|

| Suspected Hate/Bias ☐ Yes ☒ No - N/A | Crime Code **5405 – Moving Violation/Traffic** |
|---|---|

| Burglary Force Involved ☐ Yes ☐ No |
|---|

---

| Victim Number 001 | Crime Seq 007 | Statute DE:21:4103:000B:M: | Crime Description **Disregarding a Police Officer's Signal** |
|---|---|---|---|

| Location Of Offense **Highway/Roadway/Alley/Street** | Status **Pending-Active** | Involvement ☐ Alcohol ☐ Drugs ☐ Computer | General Offense |
|---|---|---|---|

| Suspected Hate/Bias ☐ Yes ☒ No - N/A | Crime Code **5405 – Moving Violation/Traffic** |
|---|---|

| Burglary Force Involved ☐ Yes ☐ No |
|---|

---

| Victim Number 001 | Crime Seq 008 | Statute DE:21:4201:000a:M: | Crime Description **Leaving the Scene of Property Damage Accident** |
|---|---|---|---|

| Location Of Offense **Highway/Roadway/Alley/Street** | Status **Pending-Active** | Involvement ☐ Alcohol ☐ Drugs ☐ Computer | General Offense |
|---|---|---|---|

| Suspected Hate/Bias ☐ Yes ☒ No - N/A | Crime Code **5499 – Traffic Offense/Free Text** |
|---|---|

| Burglary Force Involved ☐ Yes ☐ No |
|---|

---

| Victim Number 001 | Crime Seq 010 | Statute DE:21:4175:A000:M: | Crime Description **Aggressive Driving** |
|---|---|---|---|

| Location Of Offense **Highway/Roadway/Alley/Street** | Status **Pending-Active** | Involvement ☐ Alcohol ☐ Drugs ☐ Computer | General Offense |
|---|---|---|---|

| Suspected Hate/Bias ☐ Yes ☒ No - N/A | Crime Code **5405 – Moving Violation/Traffic** |
|---|---|

| Burglary Force Involved ☐ Yes ☐ No |
|---|

---

| Victim Number 001 | Crime Seq 011 | Statute DE:11:1442:0000:F:G | Crime Description **Carrying a Concealed Deadly Weapon** |
|---|---|---|---|

A-2

| Location Of Offense **Highway/Roadway/Alley/Street** | Status **Pending-Active** | Involvement ☐ Alcohol ☐ Drugs ☐ Computer | General Offense |
|---|---|---|---|

| Suspected Hate/Bias ☐ Yes ☒ No - N/A | Crime Code **5202 – Carrying a Concealed Deadly Weapon/Deadly Instrument/CCDW/CCDI** |
|---|---|

000002

| Reporting Officer **PTLM MOODY    - 7315 2** | Supervisor Approval **STEVEN THOMAS  OJWISMT  Date 03/27/2004 1310** |
|---|---|

## Crimes and Associated Information

| Burglary Force Involved<br>☐Yes ☐No | Criminal Activity<br>**Possessing/Concealing** | | Weapon/Force Used<br>**Handgun** | |
|---|---|---|---|---|

| Victim Number<br>**001** | Crime Seq<br>**012** | Statute<br>**DE:21:4108:0000:M:** | Crime Description<br>**Disregard Red Light** | | |
|---|---|---|---|---|---|
| Location Of Offense<br>**Highway/Roadway/Alley/Street** | | Status<br>**Pending-Active** | | Involvement<br>☐Alcohol ☐Drugs ☐Computer | General Offense |
| Suspected Hate/Bias<br>☐Yes ☒No - N/A | | Crime Code<br>**5405 - Moving Violation/Traffic** | | | |
| Burglary Force Involved<br>☐Yes ☐No | | | | | |

| Victim Number<br>**001** | Crime Seq<br>**013** | Statute<br>**DE:21:4108:0000:M:** | Crime Description<br>**Disregard Red Light** | | |
|---|---|---|---|---|---|
| Location Of Offense<br>**Highway/Roadway/Alley/Street** | | Status<br>**Pending-Active** | | Involvement<br>☐Alcohol ☐Drugs ☐Computer | General Offense |
| Suspected Hate/Bias<br>☐Yes ☒No - N/A | | Crime Code<br>**5405 - Moving Violation/Traffic** | | | |
| Burglary Force Involved<br>☐Yes ☐No | | | | | |

| Victim Number<br>**001** | Crime Seq<br>**014** | Statute<br>**DE:21:4108:0000:M:** | Crime Description<br>**Disregard Red Light** | | |
|---|---|---|---|---|---|
| Location Of Offense<br>**Highway/Roadway/Alley/Street** | | Status<br>**Pending-Active** | | Involvement<br>☐Alcohol ☐Drugs ☐Computer | General Offense |
| Suspected Hate/Bias<br>☐Yes ☒No - N/A | | Crime Code<br>**5405 - Moving Violation/Traffic** | | | |
| Burglary Force Involved<br>☐Yes ☐No | | | | | |

| Victim Number<br>**001** | Crime Seq<br>**015** | Statute<br>**DE:21:4108:0000:M:** | Crime Description<br>**Disregard Red Light** | | |
|---|---|---|---|---|---|
| Location Of Offense<br>**Highway/Roadway/Alley/Street** | | Status<br>**Pending-Active** | | Involvement<br>☐Alcohol ☐Drugs ☐Computer | General Offense |
| Suspected Hate/Bias<br>☐Yes ☒No - N/A | | Crime Code<br>**5405 - Moving Violation/Traffic** | | | |
| Burglary Force Involved<br>☐Yes ☐No | | | | | |

| Victim Number<br>**001** | Crime Seq<br>**016** | Statute<br>**DE:21:4175:000A:M:** | Crime Description<br>**Reckless Driving** | | |
|---|---|---|---|---|---|
| Location Of Offense<br>**Highway/Roadway/Alley/Street** | | Status<br>**Pending-Active** | | Involvement<br>☐Alcohol ☐Drugs ☐Computer | General Offense |
| Suspected Hate/Bias<br>☐Yes ☒No - N/A | | Crime Code<br>**5405 - Moving Violation/Traffic** | | | |
| Burglary Force Involved<br>☐Yes ☐No | | | | | |

| Victim Number<br>**002** | Crime Seq<br>**005** | Statute<br>**DE:11:0811:00A1:M:** | Crime Description<br>**Criminal Mischief  Under $1000 Damage Property** | | |
|---|---|---|---|---|---|
| Location Of Offense<br>**Highway/Roadway/Alley/Street** | | Status<br>**Pending-Active** | | Involvement<br>☐Alcohol ☐Drugs ☐Computer | General Offense |
| Suspected Hate/Bias<br>☐Yes ☒No - N/A | | Crime Code<br>**2903 - Damage/Public Property** | | | |
| Burglary Force Involved<br>☐Yes ☐No | | | | | |
| Damaged Property | Property Category<br>**Automobiles** | | Value<br>**500.00** | | |

| Victim Number<br>**002** | Crime Seq<br>**009** | Statute<br>**DE:21:4203:000B:M:** | Crime Description<br>**Failure to Report an Accident** | | |
|---|---|---|---|---|---|
| Location Of Offense<br>**Highway/Roadway/Alley/Street** | | Status<br>**Pending-Active** | | Involvement<br>☐Alcohol ☐Drugs ☐Computer | General Offense |
| Suspected Hate/Bias<br>☐Yes ☒No - N/A | | Crime Code<br>**5401 - Hit and Run** | | | |
| Burglary Force Involved<br>☐Yes ☐No | | | | | |

| Victim Number<br>**003** | Crime Seq<br>**018** | Statute<br>**DE:11:0603:00a1:M:A** | Crime Description<br>**Reckless Endangering Second Degree** | | |
|---|---|---|---|---|---|
| Location Of Offense<br>**Highway/Roadway/Alley/Street** | | Status<br>**Pending-Active** | | Involvement<br>☐Alcohol ☐Drugs ☐Computer | General Offense |
| Suspected Hate/Bias<br>☐Yes ☒No - N/A | | Crime Code<br>**13214C - Aggravated Assault/Police Officer Other Dangerous Weapon** | | | |
| Burglary Force Involved<br>☒Yes ☐No | | Weapon/Force Used<br>**Motor Vehicle/Used as Weapon** | Police Assignment<br>**Two-Man Vehicle/Uniformed Officers** | Police Activity<br>**Responding to Disturbance** | Assault Factor<br>**Assault on Law** |

A-3

000003

| Reporting Officer<br>**PTLM MOODY  - 7315 2** | Supervisor Approval<br>**STEVEN THOMAS OJWISMT Date 03/27/2004 1310** |
|---|---|

| Victim Number | Crime Seq | Statute | | Crime Description | | | | |
|---|---|---|---|---|---|---|---|---|
| 004 | 017 | DE:11:0603:00a1:M:A | | Reckless Endangering Second Degree | | | | |

| Location Of Offense | | Status | | Involvement | | | General Offense | |
|---|---|---|---|---|---|---|---|---|
| Highway/Roadway/Alley/Street | | Pending-Active | | ☐ Alcohol  ☐ Drugs  ☐ Computer | | | | |

| Suspected Hate/Bias | | Crime Code | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ☐ Yes  ☒ No - N/A | | 13214C - Aggravated Assault/Police Officer Other Dangerous Weapon | | | | | | |

| Burglary Force Involved | | Weapon/Force Used | | Police Assignment | | Police Activity | | Assault Factor |
|---|---|---|---|---|---|---|---|---|
| ☐ Yes  ☐ No | | Motor Vehicle/Used as Weapon | | Two-Man Vehicle/Uniformed Officers | | Responding to Disturbance | | Assault on Law |

| Other Agency ORI | |
|---|---|
| WILMINGTO | |

## Associated Property Summary

| Total Stolen Property | Total Recovered Property | Total Seized Property | Total Damaged Property | Total Counterfeit Property |
|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $500.00 | $0.00 |

## Victim - Suspect/Defendant Relationships

| Victim - 001 | Suspect/Defendant - 001 | Victim Offender Relationship |
|---|---|---|
| Society/Public | RINGGOLD, JAY M | Victimless Crime |
| Victim - 002 | Suspect/Defendant - 001 | Victim Offender Relationship |
| WILMINGTON PD | RINGGOLD, JAY M | Stranger |
| Victim - 003 | Suspect/Defendant - 001 | Victim Offender Relationship |
| VEGA, NELIDA | RINGGOLD, JAY M | Stranger |
| Victim - 004 | Suspect/Defendant - 001 | Victim Offender Relationship |
| CURLEY, THOMAS | RINGGOLD, JAY M | Stranger |

## Investigative Narrative

16C (MOODY/DOUGHERTY) WHO ARE SWORN WILMINGTON POLICE OFFICERS IN PATROL DIVISION WITH EIGHT YEARS AND SIX MONTHS EXPERIENCE, RESPONDED TO 825 MORROW STREET, WHICH IS LOCATED IN THE CITY OF WILMINGTON, COUNTY OF NEW CASTLE, STATE OF DELAWARE, IN REFERENCE TO AN ATTEMPT TO SERVICE A WARRANT. 18C (GORDON/EVANS) AND 25C (JOHNSON/LUCAS) ALSO RESPONDED TO ASSIST. WE WERE NOTIFIED BY WILCOM THAT THE WANTED PERSON WAS INSIDE OF 825 MORROW STREET (RINGGOLD, JAY DOB: 10/24/79, BLACK MALE, 5'11" 150-160 LBS). RINGGOLD, A PROBATION ABSCONDER, WAS WANTED FOR WEAPONS OFFENSES WE WERE INFORMED TO USE CAUTION (POSSIBLY ARMED WITH A HANDGUN).

UPON ARRIVAL, WE TRAVELLED WEST ON 8TH STREET AND TURNED NORTH ONTO THE 800 BLOCK OF MORROW STREET. WE OBSERVED A BLACK MALE FITTING THE DESCRIPTION SEATED IN THE DRIVER'S SEAT OF A MOTOR VEHICLE (FACING SOUTH) PARKED ON THE WEST SIDE OF THE STREET (1995 PONTIAC GRAND AM, DE 119497, BLACK IN COLOR). I POSITIONED OUR MARKED POLICE VEHICLE IN FRONT OF THE GRAND AM, NOT ALLOWING IT TO BE DRIVEN IN OUR DIRECTION. WE EXITED OUR PATROL CRUISER AND APPROACHED THE CAR, AT WHICH TIME THE DEFENDANT (RINGGOLD) SHIFTED THE GRAND AM INTO REVERSE AND BACKED NORTH ON MORROW STREET. MY PARTNER, OFFICER DOUGHERTY GAVE CHASE ON FOOT AS I RESPONDED BACK TO THE PATROL CRUISER TO PURSUE THE FLEEING VEHICLE. I DROVE NORTH ON MORROW AND EAST BOUND ON 9TH STREET IN PURSUIT OF RINGGOLD. 25C ASSISTED IN THE VEHICLE PURSUIT. I WAS IN DIRECT PURSUIT OF RINGGOLD FOR THE DURATION OF THE PURSUIT.

RINGGOLD OPERATED HIS VEHICLE AGGRESSIVELY, SHOWING NO REGARD FOR HIS SAFETY, PEDESTRIAN OR CIVILIAN VEHICULAR TRAFFIC, NOR FOR THE WELL BEING OF OFFICERS IN PURSUIT. RINGGOLD ALSO OPERATED HIS VEHICLE IN EXCESS OF THE POSTED SPEED LIMIT (25MPH) THROUGHOUT THE DURATION OF THE PURSUIT.

A-4

000004

RINGGOLD TURNED NORTH ON WEST STREET FROM 9TH STREET AND CONTINUED NORTHBOUND TO 12TH STREET, WHERE HE DISREGARDED A RED TRAFFIC SIGNAL AND TURNED WEST ONTO 12TH STREET. RINGGOLD THEN

| Reporting Officer | Supervisor Approval |
|---|---|
| PTLM MOODY  - 7315 2 | STEVEN THOMAS OJWISMT Date 03/27/2004 1310 |

## Investigative Narrative - Continued

TURNED NORTH ONTO WASHINGTON STREET WHERE HE DISREGARDED A SECOND RED TRAFFIC SIGNAL AT BAYNARD BOULEVARD AND WASHINGTON STREET (NORTH OF WASHINGTON STREET BRIDGE) BY DRIVING HIS VEHICLE NORTHBOUND IN THE SOUTHBOUND LANES INTO ONCOMING TRAFFIC.  RINGGOLD CONTINUED NORTHBOUND ON WASHINGTON STREET AND DISREGARDED YET A THIRD RED TRAFFIC SIGNAL AT CONCORD AVENUE AND WASHINGTON STREET.  THE PURSUIT CONTINUED NORTHBOUND ON WASHINGTON STREET UNTIL RINGGOLD MADE A LEFT TURN (WESTBOUND) ON 32ND STREET.

I WAS LESS THAN ONE CAR LENGTH BEHIND RINGGOLD AS WE CONTINUED SOUTH ON MADISON STREET.  AT THE INTERSECTION OF 30TH AND MADISON, I SAW RINGGOLD DISGARD A CHROME PLATED HAND GUN FROM THE DRIVER SIDE WINDOW.  I IMMEDIATELY INFORMED OTHER OFFICERS VIA RADIO THAT A WEAPON WAS DISGARDED.  25C (JOHNSON/LUCAS) DISCONTINUED THEIR PURSUIT AND RECOVERED THE WEAPON (WALTHER .380, SERIAL NUMBER S054711).

RINGGOLD THEN TURNED EASTBOUND ON 29TH STREET WHERE HE EVADED ADDITIONAL UNITS ASSISTING IN THE PURSUIT.  RINGGOLD THEN DISREGARDED THE FOURTH AND FINAL RED TRAFFIC SIGNAL AT 29TH AND WASHINGTON AS HE TURNED NORTHBOUND ONTO WASHINGTON STREET.  RINGGOLD THEN TURNED WESTBOUND ON 30TH STREET FROM WASHINGTON STREET. AT 30TH AND MONROE STREETS, RINGGOLD RAMMED A MARKED POLICE VEHICLE (VEHICLE #3042) WHICH WAS OPERATED BY 14C (CURLEY/VEGA...ACCIDENT REPORT #30-04-22443), THIS COLLISION RESULTED IN SCRAPING OF THE FRONT FENDER AND PAINT TRANSFER IN THE SAME AREA OF THE VEHICLE.THE OFFICERS WERE NOT INJURED AS A RESULT OF THE IMPACT.  THE VEHICLE DISABLED AT 30TH AND HARRISON STREETS.  OFFICERS REMOVED RINGGOLD FROM HIS VEHICLE AND ORDERED HIM TO PLACE HIS HANDS BEHIND HIS BACK.  RINGGOLD DID NOT COOPERATE WITH ORDERS AND A MODERATE FORCE  WAS NECESSARY TO COUNTER HIS RESISTANCE AND PLACE HIM INTO CUSTODY (RINGGOLD HAD TO BE PULLED FROM THE DRIVER'S SEAT OF THE VEHICLE AND FORCED TO THE GROUND).  RINGGOLD WAS INFORMED OF HIS MIRANDA RIGHTS AT THE SCENE.

RINGGOLD COMPLAINED OF AN ANKLE INJURY AND WAS TRANSPORTED BY 18C  (GORDON/EVANS) TO WILMINGTON HOSPITAL.  X-RAYS WERE NEGATIVE AND RINGGOLD WAS TREATED BY DR. MADDEN AND RELEASED.  WE THEN TRANSPORTED RINGGOLD TO CENTRAL WHERE HE WAS BOOKED FOR THE LISTED CHARGES.  THE HANDGUN WAS TAGGED AND PLACED INTO EVIDENCE.  WARRANT CHECKS FOR THE WEAPON (SERIAL NUMBER S054711) PROVED NEGATIVE.

THE VEHICLE PURSUIT REMAINED WITHIN THE LIMITS OF THE CITY OF WILMINGTON, COUNTY OF NEW CASTLE, AND STATE OF DELAWARE.

A-5

000005

| Reporting Officer | Supervisor Approval |
| PTLM MOODY  - 7315 2 | STEVEN THOMAS OJWISMT  Date 03/27/2004 1310 |

## Statement of Suspect 001 - JAY M RINGGOLD

RINGGOLD ADVISED THAT HE HAD BEEN ON THE LAM FOR NEARLY FOUR MONTHS AND WAS READY TO FACE HIS PROSPECTIVE INCARCERATION.  AS FOR THE WEAPON, RINGGOLD STATED..."I DON'T KNOW ANYTHING ABOUT A GUN...MY WINDOWS WERE UP...I DON'T KNOW WHAT Y'ALL ARE TALKIN' ABOUT."

A-6

| Reporting Officer | | | | | Supervisor Approval | |
|---|---|---|---|---|---|---|
| PTLM MOODY   - 7315 2 | | | | | STEVEN THOMAS  OJWISMT  Date 03/27/2004 1310 | |
| Detective Notified | | | Referred To | | | |
| Solvability Factors | ☐ Witness | ☐ M. O. | | ☐ Trace Stolen Property | ☐ Suspect Named | Status |
| | ☐ Suspect Located | ☐ Suspect Described | | ☐ Suspect Identified | ☐ Suspect Vehicle Identified | Has Follow Up |

| Page: 1 | Report Date: 03/06/2004 | Agency: Wilmington PD | Complaint: 3110-0021416 |
|---|---|---|---|

## Supplemental Report

| Original Occurrence Dates and Times: | | Grid | Sector |
|---|---|---|---|
| **WED   03/10/2004   1918** | | **160-100** | **16** |

Original Location:
**899   MORROW ST       Wilmington, DE 19802**

### Investigative Narrative

THESE OFFICERS (DRAPER AND LENHARDT 11-C) RESPONDED NORTH (14TH RADIO DISTRICT) TO ASSIST 16C IN A VEHICLE PURSUIT. THESE OFFICERS RESPONDED TO 29TH AND WEST STREET. THE DRIVER DISREGARDED THESE OFFICERS AND SPED PASS NEARLY STRIKING OUR MARKED PATROL VEHICLE.

A-7

000007

| Reporting Officer | | | Supervisor Approval | | |
|---|---|---|---|---|---|
| **PATROL DRAPER   - 72332 001** | | | **THOMAS D KANE  OJWITDK  Date 05/15/2004** | | |
| Solvability Factors | ☐ Witness | ☐ M. O. | ☐ Trace Stolen Property | ☐ Suspect Named | Status |
| | ☐ Suspect Located | ☐ Suspect Described | ☐ Suspect Identified | ☐ Suspect Vehicle Described | **Has Follow Up** |

## Supplemental Report

| Original Occurrence Dates and Times: | Grid | Sector |
|---|---|---|
| WED  03/10/2004  1918 | 160-100 | 16 |

| Original Location: |
|---|
| 899  MORROW ST    Wilmington, DE 19802 |

### Investigative Narrative

IN REFERENCE TO THIS INCIDENT, THIS UNIT 25C (JOHNSON/ LUCAS) RESPONDED TO 825 MORROW STREET TO ASSIST 16C (MOODY/DOUGHERTY) ON A WARRANT SERVICE.  THIS UNIT TOOK UP A POSITION IN THE 800 BLOCK OF MONROE STREET IN THE EVENT THE SUSPECT, LATER IDENTIFIED AS DEFENDANT JAY RINGGOLD (BMN 10/24/79), FLED FROM THE REAR OF THE ABOVE LISTED LOCATION. AT THIS TIME OFFICER MOODY ADVISED RINGGOLD ENTERED A VEHICLE (BLACK IN COLOR PONTIAC GRANDAM DISPLAYING DE REGISTRATION 119497) AND OFFICER MOOD WAS ATTEMPTING TO STOP SAME, WHICH WAS TRAVELING EAST BOUND ON WEST 9TH STREET FROM MORROW STREET. AT THIS TIME THIS UNIT ASSISTED OFFICER MOODY IN AN ATTEMPT TO STOP THE ABOVE LISTED VEHICLE WHICH FLED EAST BOUND ON WEST 9TH STREET, NORTH BOUND ON WASHINGTON, WEST BOUND ON WEST 12TH STREET, NORTH ON WASHINGTON STREET, EAST ON 32ND STREET AND SOUTH ON MADISON STREET.


AT THIS TIME OFFICER MOODY ADVISED  WILCOM THE SUSPECT THREW A WEAPON OUT THE DRIVERS SIDE WINDOW OF HIS VEHICLE IN THE 3100 BLOCK OF NORTH MADISON STREET. THIS UNIT THEN LOCATED A CHROME IN COLOR WALTHER .380 CALIBER PPK WITH A BLACK GRIP (SERIAL # S054711) IN THE 3100 BLOCK ON NORTH MADISON STREET APPROX. 30 FEET SOUTH OF WEST 32ND STREET. IT SHOULD BE NOTED THE ABOVE LISTED FIREARM WAS LOCATED ON THE EAST SIDE OF NORTH MADISON STREET APPROX. 15 FEET FROM THE SIDEWALK. THE ABOVE LISTED FIREARM WAS MADE SAFE BY THIS OFFICER AND PLACED INSIDE OUR MARKED POLICE VEHICLE WHERE SAME REMAINED UNTIL IT WAS TURNED OVER TO OFFICER DOUGHERTY AT WEST 30TH AND HARRISON STREET WHERE RINGGOLD WAS TAKEN INTO CUSTODY. IT SHOULD BE KNOWN THE ABOVE LISTED FIREARM HAD SIX LIVE .380 WINCHESTER ROUNDS IN THE MAGAZINE HOWEVER THE FIREARM WAS ON SAFE WHEN RECOVERED AND DID NOT HAVE A ROUND IN THE CHAMBER.


THIS UNIT REMAINED ON SCENE UNTIL C&B TOWING ARRIVED ON SCENE AND TOWED THE ABOVE LISTED VEHICLE TO 300 NORTH WALNUT STREET (PUBLIC SAFETY BUILDING) FOR INVESTIGATIVE PURPOSES.

A-8

| Reporting Officer | | | Supervisor Approval | |
|---|---|---|---|---|
| PTLMN LUCAS   - 73142 002 | | | STEVEN THOMAS OJWISMT  Date 03/26/2004 | |
| Solvability Factors | ☐Witness | ☐M. O. | ☐Trace Stolen Property | ☐Suspect Named | Status |
| | ☐Suspect Located | ☐Suspect Described | ☐Suspect Identified | ☐Suspect Vehicle Described | Has Follow Up |

## Supplemental Report

| Original Occurrence Dates and Times: | Grid | Sector |
|---|---|---|
| WED  03/10/2004  1918 | 160-100 | 16 |

Original Location:
899  MORROW ST      Wilmington, DE 19802

### Investigative Narrative

On the above date, this officer (unit14C Curley/driver and Vega/passenger) responded to the area of 30th and Monroe St. due to a vehicle pursuit (case#30-04-22441). This unit was responding n/b in the 2900 block of Monroe St. when pursuing units advised that the fleeing vehicle was traveling w/b on 30th St. from Washington St. This officer approached 30th St. and stopped prior to entering the intersection of 30th and Monroe St. A civilian vehicle, which was also traveling w/b on 30th St. (500 block) in front of the suspect vehicle, stopped in the roadway just prior to entering the intersection of 30th and Monroe St. The suspect vehicle attempted to pass the civilian vehicle on the left and struck the front of this unit's patrol vehicle (3042) causing damage to the front bumper. (30-04-22443). The suspect vehicle then continued w/b on 30th St. This unit pulled in directly behind the suspect vehicle and began following same. The suspect vehicle appeared impaired and began to slow down considerably. This unit notified WILCOM of this.  The suspect vehicle stopped at 30th and Harrison St. and these officers assisted in taking the suspect into custody. (30-04-22483). After a brief struggle and commands by officers to "Stop Resisting" and "Put your hands behind your back," the suspect was taken into custody.

A-9

| Reporting Officer | Supervisor Approval | |
|---|---|---|
| CPL CURLEY  - 71112 003 | THOMAS D KANE  OJWITDK  Date 03/26/2004 | |
| Solvability Factors | ☐ Witness   ☐ M. O.   ☐ Trace Stolen Property   ☐ Suspect Named | Status |
| | ☐ Suspect Located   ☐ Suspect Described   ☐ Suspect Identified   ☐ Suspect Vehicle Described | Has Follow Up |

## Supplemental Report

| Original Occurrence Dates and Times: WED 03/10/2004 1918 | Grid 160-100 | Sector 16 | |

Original Location:
899 MORROW ST    Wilmington, DE 19802

## Investigative Narrative

18c (Gordon/Evans) responded to 800 block of Morrow st Wilmington DE New Castle County to assist 16c on a warrant attempt. When the suspect (later identified as Jay Ringgold) fled the area in a vehicle, we ran back to our vehicle and attempted to assist in stopping the suspect. We were finally able to catch up to the chase at 30th and Harrison sts. The suspect vehicle was travelling west bound on 30 th st. we stopped our vehicle in the 2900 block of N. Harrison st. I displayed my departmental issue firearm and ordered the suspect to show his hands. I then approached the vehicle as assisting officers approached from behind him and pulled him from the vehicle. I placed handcuffs him after officers were able to control him. Due to the vehicles extremely high idle and glowing red exhaust pipe, I grabbed the suspect and attempted to pull him away from the vehicle. Unknown to me the suspects shoes were caught on something inside the vehicle preventing him from being removed away from the vehicle. After the shoes were free, the suspect was placed in our vehicle and transported to Wilmington Hospital for his injured leg.

A-10

| Reporting Officer CPL GORDON  - 70482 004 | | | Supervisor Approval STEVEN THOMAS OJWISMT  Date 03/26/2004 | | |
|---|---|---|---|---|---|
| Solvability Factors | ☐ Witness ☐ Suspect Located | ☐ M. O. ☐ Suspect Described | ☐ Trace Stolen Property ☐ Suspect Identified | ☐ Suspect Named ☐ Suspect Vehicle Described | Status Has Follow Up |

## Supplemental Report

| Original Occurrence Dates and Times: WED  03/10/2004  1918 | Grid 160-100 | Sector 16 | |
|---|---|---|---|

Original Location:
899  MORROW ST    Wilmington, DE 19802

## Investigative Narrative

171C (Buhrman) responded to assist 16C (Moody/Dougherty) on a warrant attempt in the 800 Block of Morrow Street.  Upon arriving in the area, Officer Dougherty broadcast over the air that the suspect was fleeing east on 9th Street in a vehicle.  This officer ran back to my marked police vehicle and Officer R. Evans (one half of 18C) also got into my vehicle.  These officers proceeded to drive North on Monroe Street from 8th Street, East on 7th Street and North on Madison Street.  We then proceeded to drive East on 11th Street and North on Washington Street, which was the last direction provided over the air.  I continued to drive to North on Baynard Boulevard to Broom Street, however, the chase had continued on Washington Street.  This officer continued to monitor the chase being broadcast over the air and drove to the areas where the suspect was potentially heading.  At the final portion of the chase, this officer proceeded East on 29th Street when the suspect began going West on 30th Street.  This officer turned left to proceed North on Jefferson Street, at which time I observed the suspect vehicle driving West on 30th Street and several police vehicles in pursuit.  This officer turned West on 30th Street and followed the pursuit until the suspect gave up at 30th and N. Harrison Streets.  At 30th and Harrison Streets, this officer remained on the scene until the situation was under control and then left the area.  This officer did not take part in any portion of helping to take the suspect into custody.  There were several officers already taking the suspect into custody and there was no more assistance needed.

A-11

000011

| Reporting Officer M/CPL1 BUHRMAN   - 61472 005 | | | Supervisor Approval STEVEN THOMAS  OJWISMT  Date 03/26/2004 | | |
|---|---|---|---|---|---|
| Solvability Factors | ☐ Witness ☐ Suspect Located | ☐ M. O. ☐ Suspect Described | ☐ Trace Stolen Property ☐ Suspect Identified | ☐ Suspect Named ☐ Suspect Vehicle Described | Status Has Follow Up |

## Supplemental Report

| Original Occurrence Dates and Times: | Grid | Sector |
|---|---|---|
| WED  03/10/2004  1918 | 160-100 | 16 |

Original Location:
899  MORROW ST   Wilmington, DE 19802

### Investigative Narrative

On Wednesday 10 march 2004, 2330 hours, 312 (Det. Flaherty) was notified via telephone of a firearms arrest by Ptlm. C. Dougherty. This officer (Flaherty) responded in for interview of the defendant (Jay Ringgold). The defendant was escorted to Detective Division for interview. Defendant was read his Miranda Warnings and refused to make a statement to this officer. The defendant was turned back over to turnkey for processing by the arresting units. No further action by this officer.

A-12

000012

| Reporting Officer | | | Supervisor Approval | | |
|---|---|---|---|---|---|
| CPL. FLAHERTY  - 801152 006 | | | ROBERT E DONOVAN  OJWIRED  Date 03/21/2004 | | |
| Solvability Factors | ☐ Witness | ☐ M. O. | ☐ Trace Stolen Property | ☐ Suspect Named | Status |
| | ☐ Suspect Located | ☐ Suspect Described | ☐ Suspect Identified | ☐ Suspect Vehicle Described | Has Follow Up |

## Supplemental Report

| Original Occurrence Dates and Times:<br>WED 03/10/2004 1918 | Grid<br>160-100 | Sector<br>16 |
|---|---|---|

Original Location:
899 MORROW ST    Wilmington, DE 19802

---

### Investigative Narrative

At the listed time unit #16-C (SAUNDERS/MARTINEZ) responded to the area of W. 30th & Madison Streets with reference to a vehicle persuit. The suspect vehicle was disabled (by its own means), and thus came to a complete stop. At this time the listed officers, including SAUNDERS, cautiously approached the suspect vehicle, opened the driver's side door, and took the suspect into custody.

A-13

000013

| Reporting Officer<br>PATROL SAUNDERS  - 71362 007 | | Supervisor Approval<br>STEVEN THOMAS OJWISMT Date 08/06/2004 | |
|---|---|---|---|
| Solvability Factors | ☐ Witness<br>☐ Suspect Located | ☐ M. O.<br>☐ Suspect Described | ☐ Trace Stolen Property<br>☐ Suspect Identified | ☐ Suspect Named<br>☐ Suspect Vehicle Described | Status<br>Has Follow Up |

## Supplemental Report

| Original Occurrence Dates and Times: | Grid | Sector |
|---|---|---|
| WED  03/10/2004  1918 | 160-100 | 16 |

Original Location:
899  MORROW ST    Wilmington, DE 19802

## Victim Information

| Victim Number 001 | Name | | | | | | |
|---|---|---|---|---|---|---|---|
| Type **Society/Public** | Sex | Race | | | Ethnic Origin | Age | D.O.B. |
| Address | | | Resident Status | Home Telephone **(302) 571-4526** | Cell Phone | | |
| Reporting Person? ☐Yes ☒No | Victim Injured? ☐Yes ☒No | Victim Deceased? ☐Yes ☒No | Officer Comments | | | | |
| Injuries | | | Description of Injuries | | | | |

| Victim Number 002 | Name **WILMINGTON PD** | | | | | | |
|---|---|---|---|---|---|---|---|
| Type **Government** | Sex | Race | | | Ethnic Origin | Age | D.O.B. |
| Address **400 N WALNUT  ST Wilmington, DE 19802** | | | Resident Status | Business Telephone **(302) 571-4526** | Cell Phone | | |
| Reporting Person? ☐Yes ☒No | Victim Injured? ☐Yes ☒No | Victim Deceased? ☐Yes ☒No | Officer Comments | | | | |
| Injuries | | | Description of Injuries | | | | |

| Victim Number 003 | Name **VEGA, NELIDA** | | | | | | |
|---|---|---|---|---|---|---|---|
| Type **Law Enforcement Office** | Sex **Female** | Race **White** | | | Ethnic Origin **Hispanic** | Age **28** | D.O.B. **09/17/1975** |
| Address **300 N WALNUT  ST Wilmington, DE 198013704** | | | Resident Status **Full Time** | Home Telephone **(302) 571-4526** | Cell Phone | | |
| Reporting Person? ☐Yes ☒No | Victim Injured? ☐Yes ☒No | Victim Deceased? ☐Yes ☒No | Officer Comments | | | | |
| Injuries | | | Description of Injuries | | | | |

| Victim Number 004 | Name **CURLEY, THOMAS** | | | | | | |
|---|---|---|---|---|---|---|---|
| Type **Law Enforcement Office** | Sex **Male** | Race **White** | | | Ethnic Origin **Non-Hispanic** | Age **30** | D.O.B. **05/19/1973** |
| Address **300 N WALNUT  ST Wilmington, DE 198013704** | | | Resident Status **Full Time** | Home Telephone **(302) 571-4526** | Cell Phone | | |
| Reporting Person? ☐Yes ☒No | Victim Injured? ☐Yes ☒No | Victim Deceased? ☐Yes ☒No | Officer Comments | | | | |
| Injuries | | | Description of Injuries | | | | |

## Suspect/Defendant Information

| Sequence 001 | Type **Defendant** | SBI Number **00324847** | Name **RINGGOLD, JAY M** | | | Nick Name | |
|---|---|---|---|---|---|---|---|
| Sex **Male** | Race **Black** | Ethnic Origin **Non-Hispanic** | Age **24** | D.O.B. **10/24/1979** | Height **5' 11"** | Weight **160** | Skin Tone **Dark** | Eye Color **Brown** |
| Hair Color **Black** | Hair Length | Hair Style | Facial Hair | Voice Speech | Teeth | Build | Glasses |
| Disguise | Disguise Color(s) | | Resident Status **Full Time** | Unusual Characteristics | | Armed With **Unarmed** | |
| Address **2913  WASHINGTON ST ABSCONDER WILM PROBATION; WILMINGTON, DE 19802** | | | Home Telephone **(302) 764-3730** | Cell Phone | | | |
| Arrest Number **0400883** | Arrest Type **Warrant** | Suspect's Clothing Description | | | | | |
| Employer/School **UNEMPLOYED** | | | Work Telephone | | | | |

A-14

## Crimes and Associated Information

| Victim Number 001 | Crime Seq 001 | Statute **DE:11:1257:0000:M:A** | Crime Description **Resisting Arrest** | |
|---|---|---|---|---|

000014

| Reporting Officer **PATROL DOUGHERTY  - 72042 008** | Supervisor Approval **STEVEN THOMAS  OJWISMT  Date 08/29/2004 1046** |
|---|---|

Crimes and Associated Information

| Location Of Offense | Status | | Involvement | General Offense |
|---|---|---|---|---|
| Highway/Roadway/Alley/Street | Adult Arrest 03/11/2004 | | ☐ Alcohol  ☐ Drugs  ☐ Computer | |
| **Suspected Hate/Bias** | **Crime Code** | | | |
| ☐Yes  ☒No - N/A | 4801 – Resisting Arrest | | | |
| **Burglary Force Involved** | | | | |
| ☐Yes  ☐No | | | | |

| Victim Number 001 | Crime Seq 002 | Statute DE:11:1448:00a1:F:F | | Crime Description **Possession of a Deadly Weapon by a Person Prohibited Prior Violent Crime Felony** |
|---|---|---|---|---|

| Location Of Offense | Status | | Involvement | General Offense |
|---|---|---|---|---|
| Highway/Roadway/Alley/Street | Adult Arrest 03/11/2004 | | ☐ Alcohol  ☐ Drugs  ☐ Computer | |
| **Suspected Hate/Bias** | **Crime Code** | | | |
| ☐Yes  ☒No - N/A | 5203 – Carrying Prohibited | | | |
| **Burglary Force Involved** | **Criminal Activity** | | **Weapon/Force Used** | |
| ☐Yes  ☐No | Possessing/Concealing | | Handgun | |

| Victim Number 001 | Crime Seq 003 | Statute DE:11:1448:00A1:F:D | | Crime Description **Possession of a Firearm or Firearm Ammunition by a Person Prohibited Prior Violent Crime Felony** |
|---|---|---|---|---|

| Location Of Offense | Status | | Involvement | General Offense |
|---|---|---|---|---|
| Highway/Roadway/Alley/Street | Adult Arrest 03/11/2004 | | ☐ Alcohol  ☐ Drugs  ☐ Computer | |
| **Suspected Hate/Bias** | **Crime Code** | | | |
| ☐Yes  ☒No - N/A | 5203 – Carrying Prohibited | | | |
| **Burglary Force Involved** | **Criminal Activity** | | **Weapon/Force Used** | |
| ☐Yes  ☐No | Possessing/Concealing | | Handgun | |

| Victim Number 001 | Crime Seq 004 | Statute DE:11:1269:001A:F:G | | Crime Description **Tampering With Physical Evidence-Make Devise Alter Prepare False Physical Evid** |
|---|---|---|---|---|

| Location Of Offense | Status | | Involvement | General Offense |
|---|---|---|---|---|
| Highway/Roadway/Alley/Street | Adult Arrest 03/11/2004 | | ☐ Alcohol  ☐ Drugs  ☐ Computer | |
| **Suspected Hate/Bias** | **Crime Code** | | | |
| ☐Yes  ☒No - N/A | 4804 – Destroying Evidence | | | |
| **Burglary Force Involved** | | | | |
| ☐Yes  ☐No | | | | |

| Victim Number 001 | Crime Seq 006 | Statute DE:21:2118:000A:M: | | Crime Description **Failure to Have Required Insurance** |
|---|---|---|---|---|

| Location Of Offense | Status | | Involvement | General Offense |
|---|---|---|---|---|
| Highway/Roadway/Alley/Street | Adult Arrest 03/11/2004 | | ☐ Alcohol  ☐ Drugs  ☐ Computer | |
| **Suspected Hate/Bias** | **Crime Code** | | | |
| ☐Yes  ☒No - N/A | 5405 – Moving Violation/Traffic | | | |
| **Burglary Force Involved** | | | | |
| ☐Yes  ☐No | | | | |

| Victim Number 001 | Crime Seq 007 | Statute DE:21:4103:000B:M: | | Crime Description **Disregarding a Police Officer's Signal** |
|---|---|---|---|---|

| Location Of Offense | Status | | Involvement | General Offense |
|---|---|---|---|---|
| Highway/Roadway/Alley/Street | Adult Arrest 03/11/2004 | | ☐ Alcohol  ☐ Drugs  ☐ Computer | |
| **Suspected Hate/Bias** | **Crime Code** | | | |
| ☐Yes  ☒No - N/A | 5405 – Moving Violation/Traffic | | | |
| **Burglary Force Involved** | | | | |
| ☐Yes  ☐No | | | | |

| Victim Number 001 | Crime Seq 008 | Statute DE:21:4201:000a:M: | | Crime Description **Leaving the Scene of Property Damage Accident** |
|---|---|---|---|---|

| Location Of Offense | Status | | Involvement | General Offense |
|---|---|---|---|---|
| Highway/Roadway/Alley/Street | Adult Arrest 03/11/2004 | | ☐ Alcohol  ☐ Drugs  ☐ Computer | |
| **Suspected Hate/Bias** | **Crime Code** | | | |
| ☐Yes  ☒No - N/A | 5499 – Traffic Offense/Free Text | | | |
| **Burglary Force Involved** | | | | |
| ☐Yes  ☐No | | | | |

| Victim Number 001 | Crime Seq 010 | Statute DE:21:4175:A000:M: | | Crime Description **Aggressive Driving** |
|---|---|---|---|---|

| Location Of Offense | Status | | Involvement | General Offense |
|---|---|---|---|---|
| Highway/Roadway/Alley/Street | Adult Arrest 03/11/2004 | | ☐ Alcohol  ☐ Drugs  ☐ Computer | |
| **Suspected Hate/Bias** | **Crime Code** | | | |
| ☐Yes  ☒No - N/A | 5405 – Moving Violation/Traffic | | | |
| **Burglary Force Involved** | | | | |
| ☐Yes  ☐No | | | | |

| Victim Number 001 | Crime Seq 011 | Statute DE:11:1442:0000:F:G | | Crime Description **Carrying a Concealed Deadly Weapon** |
|---|---|---|---|---|

| Location Of Offense | Status | | Involvement | General Offense |
|---|---|---|---|---|
| Highway/Roadway/Alley/Street | Adult Arrest 03/11/2004 | | ☐ Alcohol  ☐ Drugs  ☐ Computer | |

A-15

000015

| Reporting Officer | Supervisor Approval |
|---|---|
| PATROL DOUGHERTY  – 72042 008 | STEVEN THOMAS  OJWISMT  Date 08/29/2004 1046 |

## Crimes and Associated Information

| | |
|---|---|
| Suspected Hate/Bias ☐Yes ☒No - N/A | Crime Code **5202 - Carrying a Concealed Deadly Weapon/Deadly Instrument/CCDW/CCDI** |
| Burglary Force Involved ☐Yes ☐No | Criminal Activity **Possessing/Concealing** ・ Weapon/Force Used **Handgun** |

| Victim Number **001** | Crime Seq **012** | Statute **DE:21:4108:0000:M:** | Crime Description **Disregard Red Light** |
|---|---|---|---|

Location Of Offense **Highway/Roadway/Alley/Street** ・ Status **Pending-Active** ・ Involvement ☐Alcohol ☐Drugs ☐Computer ・ General Offense

Suspected Hate/Bias ☐Yes ☒No - N/A ・ Crime Code **5405 - Moving Violation/Traffic**

Burglary Force Involved ☐Yes ☐No

| Victim Number **001** | Crime Seq **013** | Statute **DE:21:4108:0000:M:** | Crime Description **Disregard Red Light** |
|---|---|---|---|

Location Of Offense **Highway/Roadway/Alley/Street** ・ Status **Adult Arrest 03/11/2004** ・ Involvement ☐Alcohol ☐Drugs ☐Computer ・ General Offense

Suspected Hate/Bias ☐Yes ☒No - N/A ・ Crime Code **5405 - Moving Violation/Traffic**

Burglary Force Involved ☐Yes ☐No

| Victim Number **001** | Crime Seq **014** | Statute **DE:21:4108:0000:M:** | Crime Description **Disregard Red Light** |
|---|---|---|---|

Location Of Offense **Highway/Roadway/Alley/Street** ・ Status **Adult Arrest 03/11/2004** ・ Involvement ☐Alcohol ☐Drugs ☐Computer ・ General Offense

Suspected Hate/Bias ☐Yes ☒No - N/A ・ Crime Code **5405 - Moving Violation/Traffic**

Burglary Force Involved ☐Yes ☐No

| Victim Number **001** | Crime Seq **015** | Statute **DE:21:4108:0000:M:** | Crime Description **Disregard Red Light** |
|---|---|---|---|

Location Of Offense **Highway/Roadway/Alley/Street** ・ Status **Adult Arrest 03/11/2004** ・ Involvement ☐Alcohol ☐Drugs ☐Computer ・ General Offense

Suspected Hate/Bias ☐Yes ☒No - N/A ・ Crime Code **5405 - Moving Violation/Traffic**

Burglary Force Involved ☐Yes ☐No

| Victim Number **001** | Crime Seq **016** | Statute **DE:21:4175:000A:M:** | Crime Description **Reckless Driving** |
|---|---|---|---|

Location Of Offense **Highway/Roadway/Alley/Street** ・ Status **Adult Arrest 03/11/2004** ・ Involvement ☐Alcohol ☐Drugs ☐Computer ・ General Offense

Suspected Hate/Bias ☐Yes ☒No - N/A ・ Crime Code **5405 - Moving Violation/Traffic**

Burglary Force Involved ☐Yes ☐No

| Victim Number **002** | Crime Seq **005** | Statute **DE:11:0811:00A1:M:** | Crime Description **Criminal Mischief  Under $1000 Damage Property** |
|---|---|---|---|

Location Of Offense **Highway/Roadway/Alley/Street** ・ Status **Adult Arrest 03/11/2004** ・ Involvement ☐Alcohol ☐Drugs ☐Computer ・ General Offense

Suspected Hate/Bias ☐Yes ☒No - N/A ・ Crime Code **2903 - Damage/Public Property**

Burglary Force Involved ☐Yes ☐No

| Victim Number **002** | Crime Seq **009** | Statute **DE:21:4203:000B:M:** | Crime Description **Failure to Report an Accident** |
|---|---|---|---|

Location Of Offense **Highway/Roadway/Alley/Street** ・ Status **Adult Arrest 03/11/2004** ・ Involvement ☐Alcohol ☐Drugs ☐Computer ・ General Offense

Suspected Hate/Bias ☐Yes ☒No - N/A ・ Crime Code **5401 - Hit and Run**

Burglary Force Involved ☐Yes ☐No

| Victim Number **003** | Crime Seq **018** | Statute **DE:11:0603:00a1:M:A** | Crime Description **Reckless Endangering Second Degree** |
|---|---|---|---|

A-16

Location Of Offense **Highway/Roadway/Alley/Street** ・ Status **Adult Arrest 03/11/2004** ・ Involvement ☐Alcohol ☐Drugs ☐Computer ・ General Offense

Suspected Hate/Bias ☐Yes ☒No - N/A ・ Crime Code **13214C - Aggravated Assault/Police Officer Other Dangerous Weapon**

000016

Burglary Force Involved ☐Yes ☐No ・ Weapon/Force Used **Motor Vehicle/Used as Weapon** ・ Police Assignment **Two-Man Vehicle/Uniformed Officers** ・ Police Activity **Responding to Disturbance** ・ Assault Factor **Assault on Law**

| | |
|---|---|
| Reporting Officer **PATROL DOUGHERTY   - 72042 008** | Supervisor Approval **STEVEN THOMAS  OJWISMT  Date 08/29/2004 1046** |

| Victim Number | Crime Seq | Statute | Crime Description |
|---|---|---|---|
| 004 | 017 | DE:11:0603:00a1:M:A | **Reckless Endangering Second Degree** |

| Location Of Offense | Status | Involvement | General Offense |
|---|---|---|---|
| **Highway/Roadway/Alley/Street** | **Adult Arrest 03/11/2004** | ☐ Alcohol ☐ Drugs ☐ Computer | |

| Suspected Hate/Bias | Crime Code |
|---|---|
| ☐Yes ☒No - N/A | **13214C – Aggravated Assault/Police Officer Other Dangerous Weapon** |

| Burglary Force Involved | Weapon/Force Used | Police Assignment | Police Activity | Assault Factor |
|---|---|---|---|---|
| ☐Yes ☐No | **Motor Vehicle/Used as Weapon** | **Two-Man Vehicle/Uniformed Officers** | **Responding to Disturbance** | **Assault on Law** |

## Victim - Suspect/Defendant Relationships

| | | |
|---|---|---|
| Victim - 001<br>**Society/Public** | Suspect/Defendant - 001<br>**RINGGOLD, JAY M** | Victim Offender Relationship<br>**Victimless Crime** |
| Victim - 002<br>**WILMINGTON PD** | Suspect/Defendant - 001<br>**RINGGOLD, JAY M** | Victim Offender Relationship<br>**Stranger** |
| Victim - 003<br>**VEGA, NELIDA** | Suspect/Defendant - 001<br>**RINGGOLD, JAY M** | Victim Offender Relationship<br>**Stranger** |
| Victim - 004<br>**CURLEY, THOMAS** | Suspect/Defendant - 001<br>**RINGGOLD, JAY M** | Victim Offender Relationship<br>**Stranger** |

## Investigative Narrative

THIS WRITER (PTLM. CHAD DOUGHERTY), HAS UPDATED JAY M. RINGGOLD, DOB- 10/24/79, FROM SUSPECT TO DEFENDANT, WITH THIS SUPPLEMENTAL REPORT.

A-17

| Reporting Officer | Supervisor Approval | |
|---|---|---|
| **PATROL DOUGHERTY   - 72042 008** | **STEVEN THOMAS OJWISMT Date 08/29/2004 1046** | |

| Solvability Factors | ☐ Witness | ☐ M. O. | ☐ Trace Stolen Property | ☐ Suspect Named | Status |
|---|---|---|---|---|---|
| | ☐ Suspect Located | ☐ Suspect Described | ☐ Suspect Identified | ☐ Suspect Vehicle Described | **Has Follow Up** |

| Page: 1 | Report Date: 03/11/2004 | Agency: WILMINGTON PD | | Complaint: 30-04-022441 |
|---|---|---|---|---|

| Reported Date and Time | | Initial Crime Report | Occurred: |
|---|---|---|---|
| THU 03/11/2004 1757 | | | WED 03/10/2004 1920 |

Location:
**899 Morrow ST**      Wilmington, DE 198013704

M.O. and Incident Overview:
THE SUSPECT, WHO IS A PROBATION ABSCONDER, LED POLICE ON A VEHICLE PURSUIT WHICH COMMENCED IN THE 800 BLOCK OF MORROW STREET, AND ENDED AT 30TH AND N. HARRISON STREETS.

| Grid 160-100 | Sector 16 | County New Castle | Domestic Related ☐Yes ☒No | 4-F-14 Sent? ☐Yes ☒No | Gen Broadcast Sent? ☐Yes ☒No | Gang Related? ☐Yes ☒No |
|---|---|---|---|---|---|---|

## Victim Information

| Victim Number 001 | Name |
|---|---|

| Type Society/Public | Sex | Race | | Ethnic Origin | Age | D.O.B. |
|---|---|---|---|---|---|---|

| Address | | Resident Status | Home Telephone | Cell Phone |
|---|---|---|---|---|

| Reporting Person? ☐Yes ☒No | Victim Injured? ☐Yes ☒No | Victim Deceased? ☐Yes ☒No | Officer Comments |
|---|---|---|---|

| Injuries | Description of Injuries |
|---|---|

## Suspect/Defendant Information

| Sequence 001 | Type Suspect | SBI Number 00324847 | Name RINGGOLD, JAY M | | Nick Name | |
|---|---|---|---|---|---|---|

| Sex Male | Race Black | Ethnic Origin Non-Hispanic | Age 24 | D.O.B. 10/24/1979 | Height 5' 11" | Weight 160 | Skin Tone Dark | Eye Color Brown |
|---|---|---|---|---|---|---|---|---|

| Hair Color Black | Hair Length | Hair Style | Facial Hair | Voice Speech | Teeth | Build | Glasses |
|---|---|---|---|---|---|---|---|

| Disguise | Disguise Color(s) | Resident Status Full Time | Unusual Characteristics | Armed With Handgun |
|---|---|---|---|---|

| Address 2913 WASHINGTON ST WILMINGTON, DE 19802 | Home Telephone (302) 764-3730 | Cell Phone |
|---|---|---|

| Arrest Number | Suspect's Clothing Description |
|---|---|

| Employer/School UNEMPLOYED | Work Telephone |
|---|---|

## Crimes and Associated Information

| Victim Number 001 | Crime Seq 001 | Statute | Crime Description Miscellaneous Investigation, Industrial Accident, Lost Property |
|---|---|---|---|

| Location Of Offense Highway/Roadway/Alley/Street | Status Service Clear 03/11/2004 | Involvement ☐Alcohol ☐Drugs ☐Computer | General Offense |
|---|---|---|---|

| Suspected Hate/Bias ☐Yes ☒No - N/A | Crime Code 8198 - Miscellaneous Investigation |
|---|---|

## Victim - Suspect/Defendant Relationships

| Victim - 001 Society/Public | Suspect/Defendant - 001 RINGGOLD, JAY M | Victim Offender Relationship Victimless Crime |
|---|---|---|

## Investigative Narrative

16C (MOODY/DOUGHERTY) RESPONDED TO THE 800 BLOCK OF MORROW STREET AT APPROXIMATELY 1918 HOURS IN REFERENCE TO AN ATTEMPT TO SERVICE A WARRANT. WE WERE INFORMED THE SUSPECT (RINGGOLD, JAY DOB: 10/24/79) WAS INSIDE OF 825 MORROW STREET. 18C (GORDON/EVANS) WAS ALSO DISPATCHED AND 25C (JOHNSON/LUCAS) RESPONDED FOR ASSISTANCE.

WE TRAVELLED WEST ON 8TH STREET AND TURNED NORTH ONTO MORROW. WE OBSERVED A BLACK MALE SITTING IN A PARKED VEHICLE (1995 PONTIAC GRAND AM, DE 119497) ON THE WEST SIDE OF THE STREET. THE VEHICLE WAS FACING SOUTH. DOUGHERTY AND I EXITED OUR MARKED PATROL VEHICLE AND APPROACHED THE SUBJECT IN THE CAR. AS WE CLOSED OUR DISTANCE, THE SUSPECT (RINGGOLD) SHIFTED THE GRAND AM INTO REVERSE AND BACKED UP TO 9TH STREET. DOUGHERTY GAVE CHASE ON FOOT AS I RESPONDED BACK TO THE PATROL CAR TO COMMENCE PURSUIT, AT WHICH TIME I ACTIVATED THE EMERGENCY EQUIPMENT (LIGHTS AND SIRENS) OF MY MARKED POLICE VEHICLE.

A-18                    000018

| Reporting Officer PTLM MOODY - 7315 2 | Supervisor Approval STEVEN THOMAS OJWISMT Date 03/27/2004 1309 |
|---|---|

| Page: 2 | Report Date: 03/11/2004 | Agency: WILMINGTON PD | Complaint: 30-04-022441 |
|---|---|---|---|

Investigative Narrative - Continued

DOUGHERTY MOTIONED FOR ME TO DISREGARD PICKING HIM UP AND TO CONTINUE THE PURSUIT.  RINGGOLD DROVE EAST ON 9TH STREET AND NORTH ON WEST STREET.  HE DISREGARDED THE RED TRAFFIC SIGNAL AT 12TH AND WEST STREETS AND CONTINUED WESTBOUND ON 12TH.  I WAS IN DIRECTLY BEHIND RINGGOLD DURING THIS PORTION OF THE PURSUIT.

RINGGOLD CONTINUED WESTBOUND ON 12TH STREET AND TURNED NORTHBOUND ON WASHINGTON STREET.  RINGGOLD DISREGARDED THE RED TRAFFIC SIGNAL AT BAYNARD BOULEVARD AND WASHINGTON STREET (NORTH OF THE WASHINGTON STREET BRIDGE) AND CONTINUED NORTHBOUND ON WASHINGTON STREET.  SPEEDS REMAINED AT APPROXIMATELY 30 MILES PER HOUR.  RINGGOLD THEN DISREGARDED ANOTHER RED TRAFFIC SIGNAL AT CONCORD AVENUE AND WASHINGTON STREET AS HE CONTINUED NORTHBOUND.  RINGGOLD TURNED ONTO 32ND STREET FROM WASHINGTON STREET AND HEADED WESTBOUND.  AT MADISON STREET, RINGGOLD TURNED SOUTH FROM 32ND STREET AND CONTINUED IN THIS DIRECTION.  AT 30TH AND MADISON, RINGGOLD DISGARDED A CHROME PLATED WALTHER .380 HANDGUN FROM THE DRIVER'S SIDE WINDOW, WHICH 25C (JOHNSON/LUCAS) WAS ABLE TO RECOVER.

RINGGOLD THEN TURNED EASTBOUND ON 29TH STREET AND CONTINUED THIS DIRECTION OF TRAVEL TO WASHINGTON STREET, WHERE HE TURNED NORTHBOUND AND HEADED TO 30TH STREET.  RINGGOLD THEN TURNED LEFT (WESTBOUND) ONTO 30TH STREET.  AT 30TH AND MONROE STREETS, RINGGOLD COLLIDED WITH THE MARKED POLICE VEHICLE OPERATED BY 14C (CURLEY/VEGA).

THE GRAND AM BECAME DISABLED (MECHANICAL PROBLEMS), SUBSEQUENTLY STALLING AT 30TH AND N. HARRISON STREETS AT WHICH TIME RINGGOLD WAS IMMEDIATELY TAKEN INTO CUSTODY BY PURSUING UNITS.

THE EMERGENCY LIGHTING (OVERHEAD, WIG WAGS, AND STROBES) OF THE MARKED POLICE UNITS WERE ACTIVATED ALONG WITH AUDIBLE WARNINGS (WAIL) THROUGHOUT THE DURATION OF THE PURSUIT.

GOOD JUDGEMENT WAS EXERCISED AND SPEED WAS ADJUSTED IN ACCORDANCE WITH TRAFFIC CONDITIONS (VERY LIGHT CIVILIAN VEHICULAR TRAFFIC).  EXTREME CAUTIONED WAS USED AT ALL INTERSECTIONS, ESPECIALLY WHEN PROCEEDING AGAINST THE RED TRAFFIC SIGNALS.  WEATHER CONDITIONS WERE CLEAR, THE ROAD CONDITIONS WERE DRY, AND CIVILIAN PEDESTRIAN TRAFFIC WAS LIGHT DURING THE TIME OF THE PURSUIT.

A-19

000019

| Reporting Officer PTLM MOODY  - 7315 2 | Supervisor Approval STEVEN THOMAS OJWISMT Date 03/27/2004 1309 |
|---|---|

| Page: 3 | Report Date: 03/11/2004 | Agency: WILMINGTON PD | | Complaint: 30-04-022441 |
|---|---|---|---|---|

## Investigative Narrative - Continued

WILCOM WAS IMMEDIATELY NOTIFIED OF THE PURSUIT AND KEPT ABREAST OF SPEEDS, DIRECTION OF TRAVEL AND ROUTES TRAVELLED DURING THE INCIDENT.   INFORMATION ON RINGGOLDS WANTED STATUS WAS ALSO RELAYED TO WILCOM DURING THE PURSUIT.

NO OFFICERS OR CIVILIANS WERE INJURED DURING THE PURSUIT.

A-20

000020

| Reporting Officer PTLM MOODY  - 7315 2 | | Supervisor Approval STEVEN THOMAS  OJWISMT  Date 03/27/2004 1309 |
|---|---|---|
| Detective Notified | Referred To | |

| Solvability Factors | ☐ Witness<br>☐ Suspect Located | ☐ M. O.<br>☐ Suspect Described | ☐ Trace Stolen Property<br>☐ Suspect Identified | ☐ Suspect Named<br>☐ Suspect Vehicle Identified | Status Closed |
|---|---|---|---|---|---|



A-21



A-22





A-24



A-25





A-27





A-29

*SEP 1 1 2007*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JAY RINGGOLD,                    )
                                 )
        Plaintiff,               )
                                 )
v.                               )        C.A. No. 06-17 GMS
                                 )        TRAIL BY JURY DEMANDED
OFFICER THOMAS CURLEY,           )
& OFFICER NELIDA VEGA            )
                                 )
        Defendants               )
                                 )

<u>PLAINTIFFSANSERWS TO DEFENDANTS
INTERROGATORIES</u>

        1. State your social security number.
Answer:  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

        2. State the day, month, and year you were born.
Answer: 24th day of October 1979

        3. List each address at which you have resided since age sixteen, and the dates
during which you lived at each address.
Answer: I lived at 2913 Washington Street for my entire life.

        4. Please state your full driver's license number.
Answer: 1183165

        5. State the names, last known addresses, and telephone numbers of all persons
who have direct knowledge of or were eye-witnesses to facts alleged in your complaint,
noting specifically the eye-witnesses.
Answer: N/A unaware of any names or addresses of any witnesses, due to my
incarceration.

        6. Give the names, last known addresses, and telephone numbers of all persons,
other than those listed in the answer to interrogatory #5, who have knowledge of the facts
concerning how the incidents alleged in your complaint occurred.
Answer: Shamika Brown, 825 Morrow Street, N/A, we were involved at time of incident,
so she in turn had numerous discussions about said incident, during phone conversations,
and visits.
        Ida Ringgold, 2913 Washington Street, 302-764-3730, she is my mother; we also
talked about the incidents surrounding the case. She also was the one who would have
received the vehicle after the police were through with it, and the one who can verify
proof of insurance, and a detailed list of expenses due to damage of vehicle.

7. State the name and present or last known address of each person who you expect to call as a witness at trail, including any expert and/or medical witness
Answer: None at this time. Will notify if any at later date.

8. State the name, address and telephone number of your family physician.
Answer: N/A haven't had one in years due to incarceration.

9. State in detail the injuries, illnesses, complaints, or diseases you claim to have sustained as a result of the incident upon which the complaint is based. Please also state the following.
Answer: Severe neck and back strains (March 11th 2004), bruised shoulder March 11th 2004), multiple contusions to my right shin (March 10th 2004). Also bruises, and scrapes to my face, as a result of being assaulted by Officers as I was being assaulted on the ground, while being handcuffed.

(a)    The names, last known addresses, and telephone numbers of all doctors or medical personnel who have examined or treated you for the injuries which are claimed;
Answer: St. Francis Hospital, for neck, back, and shoulder. Wilmington Hospital, for injuries to my leg, and scrapes& bruises to my face.

(b)    The names, last known addresses, and telephone numbers of all medical institutions to which you have medical been admitted or in which you have been treated for the alleged injuries;
Answer: St. Francis Hospital, Wilmington Hospital, Gander Hill infirmary

(c)    The nature of the injuries;
Answer: Minor and severe bruising, multiple contusions, and other various similar injuries.

(d)    Whether the injuries occurred on March 10th, 2004 or March 11th, 2004;

Answer: Stated in above answers.

(e)    The dates of treatment for injuries;

Answer: Same dates as said injuries, due to incarceration (lack of rehabilitation, in prison), medical staff at H.R.Y.C.I., stated that injuries should have been taken care of at hospital. D.C.C. medical staff informed me that they didn't have any thing to do with other institutions mistakes, in not giving me the Motrin that I was prescribed from the beginning.

(f)The outcome of the alleged injuries.

Answer: Still having reoccurring problems with pains in my neck and in my back.

10. If you have fully recovered from any of the injuries, illnesses, complaints, or diseases listed in the answer to the previous interrogatory, state when such recovery was made for each.

A-31

Answer: I have fully recovered from the scrapes and bruises on my face and leg. So far as my leg being slammed repeatedly into the door which resulted in my leg being bruised, the scars have also healed.

11. If you have not recovered from the injuries, illnesses, complaints, or diseases sustained in the incident upon which the complaint is based, state in what respect you have not fully recovered.
Answer: I still suffer from soreness in my neck. I also still suffer from, stiffness and soreness in my back on some days.

12. Please list all medicine purchased by you or used by you in connection with the treatment of the injuries complained of in this action, specifying the cost thereof, the store from which purchased, the name of said medication, the prescription number, and the doctor who prescribed same.
Answer: I was sent to Gander Hill Prison with a prescription for Motrin, but never received any medication. Medical personnel informed that they never received any prescription from the officers when I was transferred to there facility. Since my incarceration I have taken it upon my self to purchase Ibuprofen, and Acetimenafine To use when im in pain.

13. N/A

14. N/A

15. N/A

16. The only transcripts I have are the one provided in my initial discovery I received when I was first locked-up.

17. N/A

18. N/A

19. State the name of the officer, or give a description of the officer, who was driving the "WPD van" in which you were being transported on March 11th, 2004 which you allege "rear ended a navy blue Jeep Cherokee."
Answer: Hillard, David.  Investigating officer, R. Transue sgt.

20. State in detail the facts and circumstances leading to your encounter with Defendant Officers Thomas Curley and Nelida Vega on March 10th, 2004, Beginning with your first encounter with any Wilmington Police officer that day.
Answer: As I was leaving a friends residence, a police cruiser blocked my path. Being as though I was on the run from a probation violation, I avoided the officers by taking them on a brief chase from the 800 block of Morrow Street through Wilmington's North side. During said chase, I was rammed in my vehicle by a WPD patrol car, which I later found was operated by said defendants.

21. State the factual basis for your allegation that your car was "rammed" by defendants.
Answer: While was driving through said intersection of said incident, I saw the defendants vehicle proceeding towards the side of my vehicle at an accelerated rate until the point of impact, which happened to be the side of my vehicle.

22. State how many Wilmington Police cars "rammed" you on March 10th, 2004?
Answer: To my knowledge, I remember being struck twice while going through West and 30th streets and also said intersection.

23. State who was driving your car when you encountered the defendants on March 10th, 2004, and the names of any other individuals in the car other than your self, including their last known address and telephone number.
Answer: I was driving my car, and no one else was in the vehicle with me.

24. Please state what constitutional or statutory violation you are alleging occurred on March 10th, 2004. Please further state the facts which you allege constitute a constitutional or statutory violation with the regard to the incident you allege occurred on March 10th, 2004.
Answer: My 8th Amendment rights.
13 AM. Jur. Proof of Facts 3d 1, Police Misconducts as Municipal Policy or Customs.
17 AM. Jur. Proof of Facts 3d 311, Punitive Damages in Motor Vehicle Accident Litigation.
To determine whether State actors could plausibly have thought that their use of excessive force claim, under 8th Am. The District Court must consider the need for application of force, the relationship between that need & amount of force used, the threat reasonably perceived by the responsible officials & any efforts made to temper the severity of a forceful response.
Jackson V. Austin, D. Kan. 2003, 241 F. Supp. 2d 313. 3&1548
Davidson V. Flynn, C.A. 2 (N.Y.) 1994, 32 F. 3d 27 3&P 1548 & 49
During a pursuit there are certain rules and regulations that have to be followed even though one is a police officer. To ram a civilian on a way on to a one way, just because one cannot force the fleeing to stop, doesn't justify the use of a vehicle as a weapon of stopping force in a residential area.

25. Please state what constitutional or statutory violation you are alleging occurred on March 11th, 2004. Please further state the facts which you allege constitute a constitutional or statutory violation with regard to the incident you allege occurred on March 11th, 2004.
Answer: Also 8th amendment.
Establishing a deprivation of a constitutional right to personal security under 1983: The use of unjustified force by state officials.
Kathryn R. Urbonya, 51 Alb. L. Rev. 173 (1987)
4Hastings Const. L.Q. 219 (1977)
CJS. Prisons & Rights of Prisoners 60, Use of force 99 ALR, Fed. 501
Damages in Civil Actions for Deprivation of Rights under 42 U.S.C.A. 1983-Modern Cases

Signature
        Jay M. Ringgold

Delaware Department of Corrections
1181 Paddock Road
Smyrna DE 19977

## Certificate of Service

I, _Jay Ringgold Sr._ ,hereby certify that I have served a true

And correct cop(ies) of the attached: _Motion For Answers to_

_Defendants Interrogatories_ upon the following

parties/person (s):

TO: _United States District Court_

_Lock Box 18    844 King Street_

_U.S. Courthouse_

_Wilmington, DE 19801_

_____

TO: _Rosamaria Tassone, Esq._

_First Asst. City Solicitor, City of Wilm._

_Law Dept., Lavish Rodding City Pendy_

_bldg., 800 N. French Street, 9th Flr._

_Wilmington DE 19801  Attorney for Defendants_

TO:_____

_____

_____

_____

_____

TO:_____

_____

_____

_____

_____

**BY PLACING SAME IN A SEALED ENVELOPE,** and depositing same in the United
States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this _9th_ day of _September_ ,200 7

_Jay M. Ringgold Sr._

A-35

© 2000 T-System, Inc. Circle or check affirmatives, backslash (\) negatives.

**11**  **CHRISTIANA CARE**
HEALTH SERVICES

**EMERGENCY PHYSICIAN RECORD**
**Lower Extremity Injury**    (4)

RINGGOLD, JAY M
AGE ▓▓▓  DOB ▓▓▓▓▓▓▓
03/10/04    00005190153 3
MRN 000900145842

TIME SEEN: 2000    ROOM: 20    __ EMS Arrival

HISTORIAN: X patient __spouse __paramedics

__HX / __ EXAM LIMITED BY: _____

**HPI** chief complaint: (Injury to) (right) / left
foot (ankle) (leg) knee thigh hip

**duration / occurred:**
✓ just prior to arrival
__today
__yesterday
_____ days PTA slot in door at police cruiser

**where:**
__home    __school
__neighbor's    __park
__work    __street

**context:** __fell __twisted __direct blow __incised __burn
Pt states he was being pulled out of police cruiser while his leg was "stuck in the door"

**severity of pain:** __mild (moderate) __severe

**ROS** (tingling) / numbness distally __suspected FB ( skin lac )
painful / unable to bear weight __head / neck / other injuries

**PAST HISTORY** __negative __peptic __prior injury
__other problems
prior ® ankle Fx in 2001
Meds- __none / __see nurses note  Occas Xgauge (® toes last night)
Allergies: ✗NKDA / __see nurses note  Codeine

☑ Nurses note reviewed  ☐ Tetanus immun. current  ☐ Vital signs reviewed

**PHYSICAL EXAM** __Alert
Distress- __NAD __mild __moderate __severe
**EXTREMITIES**
**FOOT**
__nml inspection
__non-tender

__see diagram
__tenderness  soft-tissue / bony
__swelling / ecchymosis
__deformity

**ANKLE**
__nml inspection
__non-tender
__nml ROM

__see diagram
__tenderness  soft-tissue / bony
__swelling / ecchymosis
__limited ROM
__laxity of ligaments ( ant. Drawer )
__deformity

**LEG**
__nml inspection
__non-tender

__see diagram
__tenderness  soft-tissue / bony
__swelling / ecchymosis
__limited ROM

**KNEE**
__nml inspection
__non-tender
__nml ROM

__stable

__see diagram
__tenderness  soft-tissue / bony
__ecchymosis
__joint effusion / swelling
__limited ROM
__deformity

Ligaments-
__pain / laxity on anterior drawer
__pain / laxity on posterior drawer
__pain / laxity on medial stress
__pain / laxity on lateral stress

**THIGH & HIP**
__nml inspection
__tenderness  soft-tissue / bony
__swelling / ecchymosis
__limited hip ROM
__hip pain on leg movement ( R / L )

**GAIT**
__normal

__limited by pain / unable to bear weight
__antalgic gait
__gait not tested due to pain



TSYS11

MRN: 900145842  Visit: 51901533  DocType: ED H&P

Pt. Name _Ringgold, Jay_     MR# _900145 842_     Date _3/10/04_

**NEURO / VASC / TENDON**
- __sensation intact
- __motor intact
- __no vascular
  compromise
  - __sensory (motor deficit) _numbness .60 ttom st_
  - _foot & ventral surface of toes 2-5 (above)_
  - __pallor / cool skin / abnml cap refill
  - __pulse deficit _↓ ROM 2° pain_
  - __deficit in tendon function

**SKIN**
- __warm, dry
  - __diaphoretic / cool / cyanotic

**HEAD / ENT**
- __nml inspection
- __pharynx nml
  - __tenderness
  - __swelling / ecchymosis

**NECK / BACK**
- __nml inspection
- __non-tender
  - __tenderness
  - __swelling / ecchymosis

**CHEST**
- __no resp. distress
- __non-tender
- __breath snds nml
  - __tenderness
  - __swelling / ecchymosis

**ABDOMEN**
- __non-tender
- __no organomegaly
  - __tenderness / guarding

**XRAYS**  ☐ Interp. by me  ☐ Reviewed by me  ☐ Discsd w/radiologist

R/L  foot  ankle  tib/fib  knee  femur  hip

- __normal / NAD
- __no fracture
- __nml alignment
- __no foreign body
  - __DJD
  - __dislocation
  - __soft-tissue swelling
  - __foreign body
  - __fracture

**Other**  study:

**PROCEDURE NOTES:**

**KNEE-**
- __knee immobilizer  __crutches  __neoprene sleeve
- __arthrocentesis done after betadine prep; _____ cc
  of  __serous  __serosanguinous  __bloody  fluid removed.

**ANKLE-**
- __ace wrap / tape  __boot orthosis  __crutches  __post-op shoe
- __air cast  __neoprene
- __splint  stirrup / posterior  OCL / Ortho-glass / plaster
  __applied by ED Physician / Orthopedist / Tech

- __examined post splint application
  __neurovasc intact  __alignment good

Lower Extremity Injury - 11

---

**WOUND DESCRIPTION / REPAIR**

length_____ cm  location

NVT  __intact  __see NVT exam (front side)

depth/shape/contamination
- __superficial  __linear  __*stellate  __contused tissue
- __SQ  __irregular  __nail avulsed
- __muscle  __*flap
- __clean  __contaminated  minimally / moderately / *heavily
  with

**ANESTHESIA**  __LET / TAC  __local  __digital / metacarpal block
- __lidoc  1% 2% epi / bicarb  __marcaine .25% .5% epi

**WOUND PREP**
- __Betadine / Hibiclens / wnd clnsr  __debrided
- __irrigated / washed with saline  minimal / *mod. / *extensive
  minimal / mod. / *extensive  __undermined
- __wound explored  minimal / mod. / *extensive
- __foreign material removed  __*wound margins revised
  partially  completely  __*multiple flaps aligned

**WOUND REPAIR**
  Wound closed with:  wound adhesive / steri-strips
  SKIN-  #_____ -0  nylon / prolene / staples
    __interrupted  __running  __simple  __mattress ( h / v )
  SQ   #_____ -0  vicryl
    __interrupted  __running  __simple  __mattress ( h / v )
  OTHER  #_____ -0  material
    __interrupted  __running  __simple  __mattress ( h / v )

*may indicate intermediate repair  *may indicate intermediate or complex repair

**PROGRESS:**  _likely contusion of muscle & bone_
_w/ R/O  tb/fib fx  & give_
_Ibuprofen 800 mg  & tdb_

- __referred to / discussed with Dr.
  will see patient in:  office / ED / hospital  in _____ days
- __Rx given

**CLINICAL IMPRESSION:**     Fall     Alleged Assault

(Contusion)  R / (L)  hip  thigh  (leg)
Hematoma       knee  ankle  (foot)
Sprain
Laceration

Fracture  R / L  tibia  distal / shaft / proximal
Dislocation      fibula  distal / shaft / proximal
  · bimalleolar  trimalleolar
  talus  calcaneus
  navicular  metatarsal  toe: ___

Internal Derangement of Knee  R / L

CONDITION-  ☐ unchanged  ☐ improved  ☑ stable

| INITIALS | SIGNATURE/TITLE | PRINT LAST NAME |
|---|---|---|
| _RGM_ |  | _MCMGrbin_ |

☑ note reviewed by teaching physician  ☐ supervisory note written

_Prosh_  _4/13_

---

MRN: 900145842  Visit: 51901533  DocType: ED NURSING ASSESSMENT

## CHRISTIANA CARE
### HEALTH SERVICES

EDAS

**Emergency Department**
**NURSING ASSESSMENT SHEET/INTERDISCIPLINARY CARE RECORD**

Instructions for Use:
1. Side one to be completed for Patient being admitted.
2. Side two to be completed for patients being Discharged or Transferred.

DATE: 3/10/04

RINGGOLD, JAY M
AGE [redacted]   DOB [redacted]
03/10/04    00005190153 3
MRN 000900145842

Side 1

| INITIAL ASSESSMENT | Time 950 | ☑ Triage | ☐ Core | ☐ F.T. |
|---|---|---|---|---|

Pt lag call while stumbled
in at door.
ETOH 1/2 beer

Pain Level: (0-10) 7    Initials

Past Medical History: Smoker,

MEDICATIONS
detox(?)
Xanax) none
today
not Rx, just
finds or buy
them

ALLERGIES (Date/Reaction)
Codeine
N/V, SOB, LOC

| Time | Initials |
|---|---|
Temperature (T)
Pulse 104
Respiration Rate (RR) 22
Blood Pressure (BP) 095/?
Last Menstrual Period (MP)
Weight _____ kg
☐ Estimated
☐ Actual

**GLASGOW COMA SCORE**

1. Eye Opening — Score
Response 4
Spontaneous 4
To Voice 3
To pain 2
None 1

2. Best Verbal Response — Score
Response 5
Oriented 5
Confused 4
Inappropriate Words 3
Incomprehensible 2
None 1

3. Best Motor Response — Score
Response 6
Obeys Command 6
Purposeful Move 5
Withdraws 4
Flexion 3
Extension 2
None 1

Total 16

**DOMESTIC VIOLENCE**
☑ No
☐ Suspected
☐ Yes
☐ Brochure given
☐ Phone referral
762-6110
Cleared from backboard
time: _____
by: _____

**TRIAGE TREATMENT**
☐ wheelchair  ☐ splint / sling  ☐ ice    ☐ EKG @
Offered: ☐ stretcher   ☐ c-collar   ☐ wound care
☐ Tylenol/Motrin _____ mg Given @
☐ Xray of
☐ Finger Stick _____ mL/dl @
☐ minineb treatment @

**PRIMARY NURSE ASSESSMENT** | Time | Initials

| | LUNGS | ABDOMEN | EKG RHYTHM |
|---|---|---|---|
| Clear Bilaterally ☐ | Soft, Non-tender ☐ Active Bowel Sounds ☐ | NSR ☐ |
| Other: | Other | Other |

Tetanus Immunization: ☐ No
☐ Yes, Date _____   ☐ UNK

| | PUPIL SIZE | VISUAL ACUITY |
|---|---|---|
| Pulse ox 97% | ℝ ℂ | ℝ ___/___ |
| O2: RA | ___ mm ___ mm | ℂ ___/___ |

| Time | Device/Gauge | Solution | Site | Rate | Initials |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

**INTERDISCIPLINARY NOTES**

| TIME | Pulse | Rhy | Resp | BP | POx | Pain Level | | Initials |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | took 8 xanax last night, not | |
| 2015 | | | | | | | "suicidal" just to feel good." Pt | |
| | | | | | | | Pt transported to x-ray to 1010. Pt | |
| | | | | | | | to CCHS. | |

| SIGNATURE/TITLE | PRINT NAME | SIGNATURE/TITLE | PRINT NAME |
|---|---|---|---|
| | RN | | RN |

20605 S(36845)(0702)C

NURSING - Nursing Assessme

MRN: 900145842 Visit: 51901533 DocType: ED NURSING ASSESSMENT

**CHRISTIANA CARE**
HEALTH SERVICES

RINGGOLD, JAY M
AGE ___ DOB ___ 00005190153 3
03/10/04
MRN 000900145842

*Emergency Department*
**NURSING ASSESSMENT SHEET/INTERDISCIPLINARY CARE RECORD**

DATE: 3/10/04                                    Side 2

**DISPOSITION SUMMARY**

Discharge/Interfacility Transfer: Time _____    VIA:              To:            With:
  ☐ Left without treatment        ☒ Ambulatory    ☐ Home         ☐ Self
  ☐ AMA signed                    ☐ Wheelchair    ☒ Other        ☐ Family
  ☒ Discharge Instructions        ☐ Ambulance                    ☒ Other
  ☐ IV / IVR discontinued

Transfer to: Room # _____ @ Time: _____    Height: _____ cm    Weight: _____ kg ☐ estimated/☐ actual

Chief Complaint: _____

Involved System Assessment: _____

Monitor Rhythm _____    ☐ NA

**Abnormal Pertinent Lab Results:**

| CBC | Chemistries | | Urinalysis | ABG |
|---|---|---|---|---|
| *normal except* | *normal except* | CK _____ | *normal except* | time: _____ |
| WBC _____ | Na _____ | CKMB _____ | WBC _____ | pH _____ |
| Hgb _____ | K _____ | Troponin _____ | RBC's _____ | pCO2 _____ |
| Hct _____ | Cl _____ | | bacteria _____ | pO2 _____ |
| Platelets _____ | CO2 _____ | | dip: _____ | |
| segs _____ | Gluc _____ | | other: _____ | |
| bands _____ | BUN _____ | | | |
| lymphs _____ | Creat _____ | PT _____ | | |
| monos _____ | | PTT _____ | | |
| eos _____ | | INR _____ | | |

Abnormal Diagnostic Tests and Results: _____

Drainage:          ☐ Foley      ☐ G-Tube      ☐ Chest tubes    ☐ Salem sump
Equipment Required:             ☐ IV Pump     ☐ Gomco          ☐ Bed Side Comode    ☐ Other: _____
Isolation Status:   VRE  ☐ Yes   ☐ Unknown     ☐ Other: _____
                    MRSA ☐ Yes   ☐ Unknown     ☐ Other: _____

**ALL PATIENTS**

Vital Signs at Discharge/Transfer/Admission: Blood Pressure: 106/81 Pulse: 90 Respiratory Rate: 16 Temperature: _____
Pain Level: _____ (0-10)    Location: _____    Last Dose of Analgesia: _____ (Time)
Level of Care: _____    Faxed to: _____
                                          Employer Name

| SIGNATURE/TITLE | PRINT NAME | SIGNATURE/TITLE | PRINT NAME |
|---|---|---|---|
| | | | |

A-39

Standard Register ®

PATIENT NAME AND CORRECT ROOM # MUST APPEAR IN AREA BELOW

## CHRISTIANA CARE
HEALTH SERVICES

ORDER

**DOCTOR'S ORDER SHEET**

RINGGOLD, JAY M
AGE ███  DOB ███
03/10/04      00005190153 3
MRN 000900145842

**MEDICATION ORDERS:** Authorization is given to dispense a generic equivalent under the
Christiana Care formulary system unless NO SUBSTITUTION (or NO SUBS) is noted.

| DATE/TIME | DOCTOR'S ORDER        PLEASE NOTE ALLERGIES ON INITIAL ORDERS | REQUISITIONED | NOTED |
|-----------|-------------------------------------------------------------|---------------|-------|
| 3/10 2024 | ☞ FOR PATIENT SAFETY, NO ABBREVIATIONS |||
|           | Tib/Fibula X-ray    re: Fx R(R) |||
| 0030 | ① give Ibuprofen 800 mg 1 tab PO |||

SEND THE NUMBERED COPY TO PHARMACY AND INSERT NEW DOCTORS
ORDER SHEET AFTER NO NUMBERED COPY APPEARS HERE

DO NOT RETURN CHARTS WITH NEW OR CHANGED ORDERS TO RACK.

18853 S(47810)(0901)C

WHITE - CHART COPY        YELLOW - PHARMACY COPY        **ORDER** - Doctor's Order Set

O-EYE

**St. Francis Healthcare Services**
*Healthcare you can believe in.*

**EMERGENCY DEPARTMENT RECORD**

Chart completed initial _____

| CURRENT MEDICATIONS | ☐ Yes ☐ No | ALLERGIES | GENERAL APPEARANCE | GLASGOW COMA SCALE |
|---|---|---|---|---|

**ALLERGIES:** ☑ Yes ☐ No — codeine
Latex Sensitive Y / N

**GENERAL APPEARANCE:**
Color: ☑ Good ☐ Pale ☐ Flushed ☐ Cyanotic ☐ Jaundice
Skin: ☑ Warm ☐ Dry ☐ Cool ☐ Clammy ☐ Rash
Resp: ☑ Normal ☐ Labored ☐ Stridor ☐ Wheeze ☐ Rales
Pulse: ☑ Reg ☐ Irreg
☐ Backboard
VA: OD 20/   OS 20/   ☑ Cervical Collar
Immunizations Current for Age Y / N

Current Medications: Motrin

**GLASGOW COMA SCALE**
Verbal Response / Motor Response
Oriented 2 / Obeys 6
Confused / Localizes 4
Inappropriate 3 / Withdraws 4
Incomprehensible 2 / Abn flexion 3
None / Abn extension 2
Eye Opening / None 1
Spontaneous 4
To speech 3 / Total 15
To pain 2
None 1

TIME: **1230** — via BLS — involved in passenger in
MVC while in police custody. C/o pain in
shoulders + down back. Pt also in previous accident
earlier today while in police pursuit
Disposition: _____ tx area _____ FT _____ lobby

Signature: _Ellis_

**SOCIAL**
Pt. Screened for:
☐ Child Abuse/Neglect
☐ Domestic Violence
☐ Elder Abuse/Neglect
☐ UTO-Reason

---

NOTE: (Include location, quality, severity, timing, context, other factors)
TIME:

A ABRASION   P PAIN
V AVULSION   PN PUNCTURE
B BURN        R RASH
D DEFORMITY   S SWELLING
C ECCHYMOSIS  T TENDER
E EDEMA       U ULCER
H HEMATOMA    O OTHER
L LACERATION

**PHYSICIAN NOTES:**

1305   CC: neck/back / RLE pain
HPI: 24 y/o BM presents ṗ 2 episodes
of MVA — pt states unrestrained driver
in car hit by police car x2 — c/o pain to RLE
where he was trapped while extrication
attempted. Then was in van and
was "shown around" into metal walls
when van in MVC. Pt denies HA c/o.
diffuse neck, upper back, and RLE pain.
c/o abd pain. All other RO/C

Signature: _Janice UB Claros_

☐ RIGHT        ☐ LEFT

---

**Past Medical History:** None   HTN   CAD   MI   DM   PVD   Valvular disease   CVA   TIA
COPD   Asthma   Arthritis   CHF   Other:

**Past Surgical History:** None   CABG   Cholecystecomy   Appendectomy   Tubal Ligation   Hysterectomy
Tonsillectomy   Hernia   Other:

**Medications:** None   Reviewed   Listed        **Allergies:** None   Reviewed   Listed

**Family History:** CAD   DM   Other:        **Social History:** Tobacco   Alcohol   Drugs

| Patient Number: W005724992 | Patient Name: RINGGOLD, JAT M | | Date of Birth: [redacted] | Age: 24 | Sex: M | Med Rec Number: W005... |
|---|---|---|---|---|---|---|
| Reg Date: 03/11/04 | Triage Time: 1230 | Method of Arrival: AMB | Mar. St: | Race: | Fin Cl: | Ins Plan: | Primary Care Physician: | PCP Contacted: ☐ Yes ☐ No | STATUS ☐ Emerg ☐ Urgent ☐ Non-Urg |
| Complaint: MVC | | 723.1 | | TIME 125 | TEMP 98 | PULSE 56 | RESP 20 | B/P 131/73 | PULSE OX | WT | H-Circ | LMP | TETANUS W/IN 5 YRS ☐ Yes ☐ No |

13-014 (Rev. 6/01)        WHITE - MEDICAL RECORDS   CANARY - BILLING   PINK - PHYSICIAN BILLING   GOLD - ED COPY

A-41

```
                    SUPERIOR COURT CRIMINAL DOCKET              Page    1
                        ( as of  08/30/2007 )
```

State of Delaware v.  JAY M RINGGOLD                    DOB: 10/24/1979
State's Atty: MARSHA J WHITE , Esq.        AKA: JAY RINGGOLD
Defense Atty: ROBERT M GOFF , Esq.              JAY RINGGOLD


Assigned Judge:

Charges:

| Count | DUC# | Crim.Action# | Description | Dispo. | Dispo. Date |
|-------|------|--------------|-------------|--------|-------------|
| 001 | 0403008336 | IN04031618 | CRIM MISC <1000 | NOLP | 05/05/2004 |
| 002 | 0403008336 | IN04031619 | LEAV SCENE ACC | NOLP | 05/05/2004 |
| 003 | 0403008336 | N04031620 | PFBPP | NOLP | 05/05/2004 |
| 004 | 0403008336 | IN04031621 | PDWBPP | GLTY | 05/05/2004 |
| 005 | 0403008336 | IN04031622 | TAMP W/PHY EVID | GLTY | 05/05/2004 |
| 006 | 0403008336 | IN04031623 | CCDW | NOLP | 05/05/2004 |
| 007 | 0403008336 | IN04031624 | RECK END 2ND | NOLP | 05/05/2004 |
| 008 | 0403008336 | IN04031625 | RECK END 2ND | NOLP | 05/05/2004 |
| 009 | 0403008336 | IN04031626 | RESIST ARREST | GLTY | 05/05/2004 |
| 010 | 0403008336 | N04031627 | DISREG RED LT | NOLP | 05/05/2004 |
| 011 | 0403008336 | N04031628 | DISREG RED LT | NOLP | 05/05/2004 |
| 012 | 0403008336 | N04031629 | DISREG RED LT | NOLP | 05/05/2004 |
| 013 | 0403008336 | N04031630 | DISREG RED LT | NOLP | 05/05/2004 |
| 014 | 0403008336 | IN04031631 | OBEY POLICE OFF | NOLP | 05/05/2004 |
| 015 | 0403008336 | IN04031632 | AGGRESSIVE DRIV | GLTY | 05/05/2004 |
| 016 | 0403008336 | IN04031633 | RECKLESS DRIVNG | NOLP | 05/05/2004 |
| 017 | 0403008336 | IN04031634 | INSURANCE CARD | NOLP | 05/05/2004 |
| 018 | 0403008336 | IN04031635 | REP ACC T/POLIC | NOLP | 05/05/2004 |
| 019 | 0403008336 | IN04032587 | DISREGARD DEVIC | NOLP | 05/05/2004 |
| 020 | 0403008336 | IN04032588 | DISREGARD DEVIC | NOLP | 05/05/2004 |
| 021 | 0403008336 | IN04032589 | DISREGARD DEVIC | NOLP | 05/05/2004 |
| 022 | 0403008336 | IN04032590 | DISREGARD DEVIC | NOLP | 05/05/2004 |

```
       Event
No.    Date          Event                           Judge
-------------------------------------------------------------------------------
1      03/22/2004
       CASE ACCEPTED IN SUPERIOR COURT.
       ARREST DATE: 03/11/2004
       PRELIMINARY HEARING DATE: 031904
       SECURED BAIL-HELD              23,000.00
       RELEASED/OWN RECOG.                0.00
       CONDITION OF BAIL                                    A-42
       NO CONTACT WITH VICTIM DIRECT OR INDIRECT
2      03/30/2004
       NOTICE OF SERVICE - DISCOVERY RESPONSE.
       FROM THE ATTORNEY GENERAL'S OFFICE.
3      04/05/2004
```

CERTIFIED AS A TRUE COPY
ATTEST: SHARON AGNEW
PROTHONOTARY
BY _____

```
                    SUPERIOR COURT CRIMINAL DOCKET              Page    2
                       ( as of  08/30/2007 )

State of Delaware v.  JAY M RINGGOLD                      DOB: 10/24/1979
State's Atty: MARSHA J WHITE , Esq.        AKA: JAY RINGGOLD
Defense Atty: ROBERT M GOFF , Esq.              JAY RINGGOLD

        Event
No.     Date           Event                           Judge
---------------------------------------------------------------------------
        INDICTMENT, TRUE BILL FILED.NO 11
        SCHEDULED FOR FVCRN 05/05/04 AT 9:00
        04/06/2004                          GEBELEIN RICHARD S.
        FAST TRACK CALENDAR, CONTINUED.COURT'S REQUEST-LACK OF JUDGES.
4       04/13/2004
        ACKNOWLEGEMENT OF RECEIPT OF DISCOVERY RESPONSE.
        FILED BY ROBERT GOFF, ESQ.
5       04/19/2004
        SUMMONS MAILED
        05/05/2004                          GEBELEIN RICHARD S.
        FAST TRACK CALENDAR, PLED GUILTY.  SENTENCED IMMEDIATELY.
6       05/05/2004                          GEBELEIN RICHARD S.
        SENTENCE: ASOP ORDER SIGNED AND FILED 5/17/04
7       11/03/2004
        LETTER FROM: CONNIE K. MORGAN, DIVISION OF MOTOR VEHHICLES
        TO: SUPERIOR COURT (CLERK).
        DEAR COURT CLERK:
        ACCORDING TO THE INFORMATION SUBMITTED TO THIS DIVISION THE ABOVE
        REFERENCED OFFENDER IS REQUIRED TO SATISFACTORILY COMPLETE A BEHAVIOR
        MODIFICATION/ATTITUDINAL DRIVING COURSE FOLLOWING A CONVICTION FOR AN
        AGGRESSIVE DRIVING VIOLATION. THE COURT SENTENCING ORDER IS DATED
        5/5/04.
        ****SEE FILE FOR FULL LETTER*****
8       02/09/2006
        MOTION FOR MODIFICATION OF SENTENCE FILED PRO-SE.
        REFERRED TO PRESENTENCE 02/14/06 FOR JUDGE SLIGHTS, FOR
        JUDGE GEBELEIN.
9       02/23/2006                          SLIGHTS JOSEPH R. III
        MOTION FOR MODIFICATION OF SENTENCER DENIED.
        THE MOTION WAS FILED MORE THAN 90 DAYS AFTER IMPOSITION OF THE
        SENTENCE AND IS, THEREFORE, TIME-BARRED.
        THE SENTENCE IS APPROPRIATE FOR ALL THE REASONS STATED AT THE TIME OF
        SENTENCING.

            *** END OF DOCKET LISTING AS OF  08/30/2007 ***
                PRINTED BY: CSCBTUR
```

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

JAY RINGGOLD,                          :
                                       :
            Plaintiff,                 :
                                       :
                                       :     C.A. No. 06-17 GMS
v.                                     :     TRIAL BY JURY DEMANDED
                                       :
OFFICER THOMAS CURLEY and              :
OFFICER NELIDA VEGA,                   :
                                       :
            Defendants.                :

### CERTIFICATE OF SERVICE

I, Rosamaria Tassone, Esquire, hereby certify that on this 15th day of October, 2007, I

electronically filed the Appendix to Defendants' Opening Brief in Support of Their Motion for

Summary with the Clerk of Court using CM/ECF which will send notification of such filing(s) to

the following and that these documents are available for viewing and downloading from CM/ECF,

I also sent via U.S. Mail one copy of said document to the following:


            Jay Ringgold
            (SBI #324847)
            Delaware Correctional Center
            1181 Paddock Road
            Smyrna, DE 19977


            /s/ Rosamaria Tassone
            Rosamaria Tassone, Esquire (I.D. #3546)
            First Assistant City Solicitor
            City of Wilmington Law Department
            Louis L. Redding City/County Building
            800 N. French Street, 9th Floor
            Wilmington, DE 19801