IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAY M. RINGGOLD, SR. )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>OFFICER THOMAS CURLEY, et al )<br>)<br>)<br>Defendants. ) | Civil Action No. 06-17 GMS |

### ORDER

WHEREAS, on October 15, 2007, the defendants filed a Motion for Summary Judgment (D.I. 24);

WHEREAS, as of the date of this Order, the plaintiff has not filed an Answering Brief.

IT IS HEREBY ORDERED that:

1. The plaintiff will file an Answering Brief to the pending Motion for Summary Judgment within ten (10) days of the date of this Order; and

2. Should the plaintiff fail to comply with this Order, the court will decide the Motion for Summary Judgment on the present record.

_____
CHIEF, UNITED STATES DISTRICT JUDGE

Dated: 11/30/07



FILED

NOV 30 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE