IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JAY RINGGOLD
    Plaintiff,

v.

OFFICER THOMAS CURLEY and
OFFICER NELIDA VEGA
    Defendants

: C.A. No. 06-17 GMS
: TRIAL BY JURY DEMANDED

PLAINTIFFS MOTION FOR
SUMMARY JUDGEMENT


FILED
DEC -7 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Due to the facts and reasons stated in accompaying Opening Brief in Support of Plaintiffs Motion for Summary Judgement, and there being no facts or substantial evidences, other than the Plaintiff's entire criminal record, a slew of cited cases, irrelevant to this issue. The obvious avoidance of possible trial and pertainent information for trial. Plaintiff prays on the mercy of this Honorable Court, to rule in favor of the Plaintiff, based on the following grounds:

1. Defendant obviously planned to clearly and cleverly deny my right, to Production of Documents; by not providing these Honorable Courts, or Plaintiff with transcripts prevalent to said incedent, on March 10th 2004. How is it possible, to prepare for, or even argue an issue in court, without being

able to review radio transmission transcripts, from during pursuit. Starting with Officers Tarik Moody, Chad Dougherty, and Officers Thomas Curley, Nelida Vega, and any/all other officers involved on March 10th 2004, Starting on 8th and Monroe Street, and ending on 30th and Harrison Street.

2. Statements from officers involved in said incident, don't constitute enough for proper preperation, due to the fact, that all officers involved, will obviously support each others statements.

3. In defendants Statement of Facts motion, council continually refers to radio transmissions, but clearly deny Plaintiff access to transcripts, which will either verify, or deny defendants, so called "Facts", in said pursuit.

4. Defendants council in this matter, is clearly trying to overwhelm these Honorable Courts, by citing numerous irrelevant cases, pertaining to Fourth Amendment, when I obviously havent stated anything about Forth Amendment, until, Opening Brief in Support of Summary Judgement. Being as though I only cited 8th Amendment Violations.

5. Defendants council also volunteered irrelevant information, by providing my entire criminal record, and previous documentation of use of drugs, so as to possibly sway a jury, or any other personnel, in order

6. If an accident specialist would have had an opportunity to review the pictures, and damage to said vehicles, plaintiffs and defendants, its almost certain they would be able to determine who's vehicle struck who's vehicle.

7. Further more, Failure to disclose information, by law rule 26 (a) or 26 (e)(1), Plaintiff believes, that this Honorable Court should Order ruling in Plaintiffs favor, by compensating plaintiff for legal fees, and a reasonable judgement for damages to plaintiffs vehicle, and financial compensation as stated in original filing. Or possible relief.

Wherefore, Plaintiff respectfully request that this Honorable Court enter a Order granting summary judgement in Plaintiffs favor.

Date: December 5th, 2007

Jay Ringgold Sr.

Jay Ringgold Sr. 324847
Delaware Correctional Center
1181 Paddock Road
Smyrna DE 19977

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JAY RINGGOLD
   Plaintiff,

v.

OFFICER THOMAS CURLEY and
OFFICER NELIDA VEGA,
   Defendants

C.A. No. 06-17 GMS
TRIAL BY JURY DEMANDED

## CERTIFICATE OF SERVICE

I, Jay Ringgold Sr., hereby certify, that on this 5th day of December, 2007, I have sent a copy to Defendants Legal Council, and to the Clerk of Court, via U.S. mail. Enclosed, Plaintiffs Opening Brief in Support of Motion for Summary Judgement, and Plaintiffs Motion for Summary Judgement, to the following addresses.

Rosamaria Tassone, Esq. (I.D. #3546)
First Assistant City Solicitor
City of Wilmington Law Department
Louis L. Redding City/County Building
800 N. French Street, 9th Floor
Wilmington, DE 19801

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, DE 19801-3570